Michael G. Kasolas
Chapter 7 Trustee
PO Box 26650
San Francisco CA  94126-6650

Telephone:  (415) 504-1926
Email:      trustee@kasolas.net

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>FIFTH STREET LOFTS LLC<br><br><br><br>**Debtor(s)** | Chapter 7<br><br>Case No. 17-42303 RLE<br><br>**TRUSTEE'S FIRST INTERIM REPORT** |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's First Interim Report, and declares as follows:

1.  INTRODUCTION. The petition commencing this case was filed on September 13, 2017, the undersigned was appointed Trustee on September 13, 2017, and the 11 U.S.C.§341(a) meeting was completed on October 25, 2017. The Trustee's bond is included in the Northern District of California, Oakland Division, Region 17 Chapter 7 Aggregate Blanket Bond.

2.  PROPOSED DISTRIBUTION: Proposed payments for claims is attached hereto as FIRST INTERIM PROPOSED DISTRIBUTION report.

3.  DISPOSITION OF ASSETS.  An accounting of the disposition of all property is attached hereto as U.S.T. FORM 1 (Individual Estate Property Record and Report).

4.  RECEIPTS AND DISBURSEMENTS.  An itemized statement of the Trustee's receipts and disbursements showing total receipts of $3,269,550.00, net disbursements of $403,926.44 (Total disbursements of $2,473,113.10 less Gross Adjustments of $2,069,186.66) and balance of funds on hand of $796,436.90, is attached hereto as U.S.T. FORM 2 (Cash Receipts and Disbursements Record).

5.  CLAIMS.  A Claims Register is attached hereto.

6. TRUSTEE'S FEES AND EXPENSES. Pursuant to 11 U.S.C. § 330(a), I am now requesting the total compensation of $106,336.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $206.04 pursuant to my First Interim Application of Trustee for Compensation.

    I have previously received $0.00 of the total interim compensation and $0.00 of the above total as interim reimbursement, and now request the sum of **$106,336.50** as my first interim compensation and the sum of **$206.04** as my first interim reimbursement of expense.

7. Professional(s) Fees and Expenses: All professional fees that have been approved by the court have been paid in full and no further distributions to professionals are proposed at this time.

8. Approval of the Trustee's First Interim Report by the court is sought to distribute $296,436.90 to administrative, priority and general unsecured creditors. Administrative claims and priority claims will be paid in full. General unsecured claims (not including "subordinated general unsecured claims" of $3,800,000.00) will receive a distribution of approximately 31.07% and subordinated general unsecured claims will receive a distribution of 0.00%, resulting in a net distribution to all general unsecured claims of approximately 4.24%.

9. $500,000.00 will be retained for continued litigation for the recovery of additional assets and future distribution to creditors.

10. I certify that neither I nor any of the professionals listed above had been paid more than declared above or promised any compensation from any other source for services rendered in this case. Pursuant to Rule 2016, no payments have been made or promised to me for compensation in connection with this case and no agreement or understanding exists between me and any other entity for the sharing of compensation received or to be received for services in connection with this case.

    I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement of understanding, express or implied, with anyone whatsoever as to any division of fees in the above matter.

DATE: August 6, 2019          /s/ Michael G. Kasolas
                              MICHAEL G. KASOLAS, Trustee

# FIRST INTERIM PROPOSED DISTRIBUTION

**Case:** 17-42303  FIFTH STREET LOFTS LLC

**Case Balance:** $796,436.90  **Total Proposed Payment:** $296,436.90  **Remaining Balance:** $500,000.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Michael G. Kasolas | Admin Ch. 7 | 106,336.50 | 106,336.50 | 0.00 | 106,336.50 | 106,336.50 | 690,100.40 |
| | Michael G. Kasolas | Admin Ch. 7 | 206.04 | 206.04 | 0.00 | 206.04 | 206.04 | 689,894.36 |
| | WENDEL ROSEN LLP | Admin Ch. 7 | 321,325.70 | 321,325.70 | 321,325.70 | 0.00 | 0.00 | 689,894.36 |
| | HBN LAW | Admin Ch. 7 | 19,546.36 | 19,546.36 | 19,546.36 | 0.00 | 0.00 | 689,894.36 |
| | WENDEL ROSEN LLP | Admin Ch. 7 | 6,496.40 | 6,496.40 | 6,496.40 | 0.00 | 0.00 | 689,894.36 |
| | HBN LAW. | Admin Ch. 7 | 1,071.70 | 1,071.70 | 1,071.70 | 0.00 | 0.00 | 689,894.36 |
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Admin Ch. 7 | 31,797.00 | 31,797.00 | 31,797.00 | 0.00 | 0.00 | 689,894.36 |
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Admin Ch. 7 | 162.61 | 162.61 | 162.61 | 0.00 | 0.00 | 689,894.36 |
| ASSET1 | BRAUN INC | Admin Ch. 7 | 81,265.00 | 81,265.00 | 81,265.00 | 0.00 | 0.00 | 689,894.36 |
| ASSET1 | CENTURY 21 REALTY ALLIANCE | Admin Ch. 7 | 81,625.00 | 81,625.00 | 81,625.00 | 0.00 | 0.00 | 689,894.36 |
| | INDEPENDENT CONSULTING SERVICES | Admin Ch. 7 | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 | 689,894.36 |
| FEES | RABOBANK NA | Admin Ch. 7 | 9,213.63 | 9,213.63 | 9,213.63 | 0.00 | 0.00 | 689,894.36 |
| ASSET1 | FIRST AMERICAN TITLE CO | Admin Ch. 7 | 6,011.79 | 6,011.79 | 6,011.79 | 0.00 | 0.00 | 689,894.36 |
| BOND | INTERNATIONAL SURETIES LTD | Admin Ch. 7 | 448.83 | 448.83 | 448.83 | 0.00 | 0.00 | 689,894.36 |
| SALE FEE | FIFTH STREET ENTERPRISES LLC | Admin Ch. 7 | 5,300.00 | 5,300.00 | 5,300.00 | 0.00 | 0.00 | 689,894.36 |
| | FRANCHISE TAX BOARD | Admin Ch. 7 | 6,300.00 | 6,300.00 | 6,300.00 | 0.00 | 0.00 | 689,894.36 |
| 13 | FRANCHISE TAX BOARD | Admin Ch. 7 | 1,714.71 | 1,714.71 | 800.00 | 914.71 | 914.71 | 688,979.65 |
| **TOTAL FOR ADMIN CH. 7** | | | **679,571.27** | **679,571.27** | **572,114.02** | **107,457.25** | **107,457.25** | |
| ASSET1 | PLM LENDER SERVICES INC | Secured | 1,787,530.93 | 1,787,530.93 | 1,787,530.93 | 0.00 | 0.00 | 688,979.65 |
| ASSET1 | TAXES IN SALE OF 5TH ST, OAKLAND | Secured | 113,468.15 | 113,468.15 | 113,468.15 | 0.00 | 0.00 | 688,979.65 |
| **TOTAL FOR SECURED** | | | **1,900,999.08** | **1,900,999.08** | **1,900,999.08** | **0.00** | **0.00** | |
| 1-2 | FRANCHISE TAX BOARD | Priority | 2,519.96 | 2,519.96 | 0.00 | 2,519.96 | 2,519.96 | 686,459.69 |
| **TOTAL FOR PRIORITY** | | | **2,519.96** | **2,519.96** | **0.00** | **2,519.96** | **2,519.96** | |
| 1-2 | FRANCHISE TAX BOARD | Unsecured | 974.02 | 974.02 | 0.00 | 974.02 | 302.62 | 686,157.07 |
| 2 | ROSA GALLARDO | Unsecured | 155,196.00 | 155,196.00 | 0.00 | 155,196.00 | 48,218.04 | 637,939.03 |
| 3 | SEVENTY8 UNLIMITED [disallowed] | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 637,939.03 |
| 4-2 | SABI DESIGN BUILD [disallowed] | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 637,939.03 |
| 5 | JUSTIN HU | Unsecured | 1,211,160.00 | 200,000.00 | 0.00 | 200,000.00 | 62,138.25 | 575,800.78 |

## FIRST INTERIM PROPOSED DISTRIBUTION
### Case: 17-42303　　FIFTH STREET LOFTS LLC

**Case Balance:** $796,436.90　　**Total Proposed Payment:** $296,436.90　　**Remaining Balance:** $500,000.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | NATIONAL CONSTRUCTION RENTALS | Unsecured | 682.09 | 682.09 | 0.00 | 682.09 | 211.92 | 575,588.86 |
| 7-2 | HEILBRUN GROSS LIVING TRUST | Unsecured | 115,383.00 | 115,383.00 | 0.00 | 115,383.00 | 35,848.49 | 539,740.37 |
| 8 | SUNG ENGINEERING INC | Unsecured | 18,909.50 | 18,909.50 | 0.00 | 18,909.50 | 5,875.02 | 533,865.35 |
| 9 | AMANDA KOBLER [disallowed] | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 533,865.35 |
| 10 | HAULING AND DEBRIS SERVICE | Unsecured | 36,000.00 | 36,000.00 | 0.00 | 36,000.00 | 11,184.89 | 522,680.46 |
| 11-2 | JOHN E GUTIERREZ | Unsecured | 73,000.00 | 73,000.00 | 0.00 | 73,000.00 | 22,680.46 | 500,000.00 |
| 5 | JUSTIN HU | Unsecured | 0.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 0.00 | 500,000.00 |
| 12 | JEFFREY W T MARK & LI WEN BU | Unsecured | 3,025,890.00 | 1,500,000.00 | 0.00 | 1,500,000.00 | 0.00 | 500,000.00 |
| 12 | JEFFREY W T MARK & LI WEN BU | Unsecured | 0.00 | 1,300,000.00 | 0.00 | 1,300,000.00 | 0.00 | 500,000.00 |
| **TOTAL FOR UNSECURED** | | | **4,637,194.61** | **4,400,144.61** | **0.00** | **4,400,144.61** | **186,459.69** | |
| **Total for Case 17-42303 :** | | | **$7,220,284.92** | **$6,983,234.92** | **$2,473,113.10** | **$4,510,121.82** | **$296,436.90** | **$500,000.00** |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % Paid |
|---|---|---|---|---|---|
| **Total Admin Ch. 7 Claims:** | $679,571.27 | $679,571.27 | $572,114.02 | $107,457.25 | 100.00000% |
| **Total Secured Claims:** | $1,900,999.08 | $1,900,999.08 | $1,900,999.08 | $0.00 | 100.00000% |
| **Total Priority Claims:** | $2,519.96 | $2,519.96 | $0.00 | $2,519.96 | 100.00000% |
| **Total Unsecured Claims:** | $4,637,194.61 | $4,400,144.61 | $0.00 | $186,459.69 | 4.23758% |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Filed (f) or Converted (c): | 09/13/17 (f) |
| | | | §341(a) Meeting Date: | 10/25/17 |
| Period Ending: | 08/06/19 | | Claims Bar Date: | 01/23/18 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 377-385 5TH ST, OAKLAND CA 94607 [02/23/18: Notice of Sale; Doc#30] [04/05/18: Order authorizing sale; Doc#36] [05/08/18: Report of Sale; Doc#37] | 4,999,999.00 | 1,192,249.56 | | 3,265,000.00 | FA |
| 2 | CHECKING ACCOUNT AT US BANK XXXXXX1823 | 35.97 | 35.97 | | 0.00 | FA |
| 3 | MISC REFUND (u) | 0.00 | 50.00 | | 50.00 | FA |
| 4 | RECOVERY OF SIGN RIGHTS TRANSFER (u) | 0.00 | 200,000.00 | | 0.00 | 200,000.00 |
| 5 | UTILITY REFUND EAST BAY MUD (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 6 | FRAUDULENT TRANSFER RECOVERY: (u) PROPERTY IN SINT MARTEEN | 0.00 | 1,500,000.00 | | 0.00 | 1,500,000.00 |
| TOTALS (Excluding Unknown Values) | | **$5,000,034.97** | **$2,896,835.53** | | **$3,269,550.00** | **$1,700,000.00** |

**Major activities affecting case closing:**

09-14-17: Phone call/message and email to Debtor's counsel for site visit to real property on 9-16-17, contact information for Debtor's representative, insurance broker and secured lender.
09-15-17: Return phone call/message from Debtor's counsel with contact information for Debtor's representative, insurnace broker and secured lender. Calls and messages to Debtor's representative Amanda Korbler, insurnace broker and secured lender, including phone discussion with Amanda Korbler confirming a meeting at the property for a site visit, and she is to include the prepetition real estate broker. Phone discussion with to be proposed Trustee Counsel, Mark Bostick re: case, possible equity in real property, LLC membership issues and site visit for 9-16-17 with Debtor's representative and prepetition broker.
09-16-17: Site visit with Amanda Korbler and prepetition broker, Ken Nwokedi, and Trustee's counsel, including discussions about the property and estate with Amanda Korbler. Email to Amanda K with a 11 point information and document request.
09-17-17: Return email from Amanda Korbler with some information from 9-16-17 information and document request email.
09-20-17: Review, discussion with Trustee Counsel, approval and signature for Application to Employee Trustee Counsel. Phone discussion today with Trustee Counsel as to membership agreements obtained, and it is yet to be determined if Debtor's Representative, Amanda Korbler had Corporate authority to file the bankruptcy, and once that is determined, then proceed to set aside judgement liens to insiders, as they appear to have been obtained and recorded within one year of the filing of the original petition, and from there if successful, sell the property as there appears to be sufficient equity without the judgment liens. Trustee's request for notice of possible dividend prepared and filed with the Court Clerk, docket #8.
09/26/17: Email to Steve Freeman & Bruce Cornielius [secured lender & his legal counsel] re instructions for possible reinstatement for the insurance, including the attachments required to be completed and returned to the carrier, along with payment instructions.
09/26/17: Email to Client Service Team re possible insurance reinstatement. The secured lender Secured Income Fund II LLC (Steve Freeman and his legal counsel Bruce Cornelius) have agreed to advance up to $6,000.00 to cover the reinstatement costs directly to Client Service or the carrier. Secured Income Fund II LLC is to be made a loss payee on the policy, along with Michael G. Kasolas, Chapter 7 Trustee, Case #17-42303, Northern District of California. I will forward the email with the invoice, instructions for your on-line payment system, as well the no known loss letter template (that Secured Income Fund II LLC can copy and paste onto their letterhead), with which they can remit payment.
10/03/17: Downloaded schedules for Form 1 purposes
10-24-17: Respond to email from Arthur Gallager & Co, Ins. brokers, re: insurance quotes, including review and response to application and changes to application for submission for insurance quotes for the real property.
10/31/17: Review, discuss and sign Application for employment of Richard Pierotti for estate accountant [.2]
11/08/17: Email to Dajon @Select Client Service re voicemail message left to call so we can obtain insurance policy through them
11/09/17: Email from Jessica Cox with Trustee Resource Group Insurance re risk due to structure's location and valuation of building

11/10/17: Telephone call with Jessica Cox with Trustee Resource Group Insurance, she provided a quote, coverage and liability forms for review
11/10/17: Email to Bruce Cornelius re previous conversation with Jessica Cox and to confirm if his client will fund the initial payment and monthly payments until property is sold, so I can bind the insurance and move forward with the case; his client will be able to increase their claim for these costs.
11/13/17: Email to Jessica Cox with Trustee Insurance: "Yes, please bind the coverage effective Oct 1, 2017, as the Secured Lender's attorney has advised that his client has confirmed that they will pay the premiums."
11-15-17: MOC held and continued. Trustee Counsel delivered $50.00 check to trustee from the City of Oakland resulting from a miscellaneous refund.
11/17/17: Miscellaneous refund check processed/deposited
11/21/17: Per email, Michelle Rodgers, secured lender, has sent over a check request to bind the insurance
11/21/17: Email to Jessica Cox re secured lender who is sending the check for three months of insurance to bind the policy and request confirmation of correct address
11/23/17: Email to Todd Wohl re obtaining P&C insurance coverage for the lofts building and parking lot so that now we can move forward with the sale process, and need for his broker's opinion on value
11/29/17: Receipt of Brokers Opinion of Value from Todd Wohl and request for phone conversation tomorrow to review price range and market data
11/29/17: Email from Bruce Cornelius: "My client caused a payment to be made to Trustee Insurance Agency on Monday in the amount of $3,993.54 for the premium on policy nos. 1134133 & 1134135 covering real property and improvements located at 381-385 5th Street, Oakland CA. We would appreciate confirmation from the agency that the premium payment has been received and applied, and that the subject policies are in full force and effect. Upon such confirmation, the lender will be able to cancel its existing force-placed policy covering the property."
11/29/17: Email to Jessica Cox: "Would you please confirm payment received for the above referred to policies [nos.1134133 & 1134135], and remit a receipt. Additionally, would you please send a copy of the policy and a certificate of insurance, and cc: all on this email."
11/30/17: Email from Jessica Cox on insurance coverage: "Attached is the coverage schedule for the referenced property. We have not yet received payment but as soon as we do I will advise and send the requested receipt."
11/30/17: Email receipt of paid invoice for Fifth Street Lofts from Trustee Resource Group
12/15/17: Order for Debtor to appear for exam with requested records this date at Wendel Rosen; Doc#20
12/19/17: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 12/19/2017 at 3:27 PM PST Doc#23 Docket Text: Application to Employ Todd Wohl as real estate agent Filed by Trustee Michael G. Kasolas (Attachments: # (1) Declaration # (2) Proposed Order-FRBP 4001 # (3) Certificate of Service)
01-03-18: Order to employ broker uploaded confirm #1781476491058.
01-04-18: Order Authorizing Employment of Real Estate Broker entered on the Court Docket.
01-08-18: Execution and return of Listing Agreement with Todd Wohl of Braunco International Real Estate via email.
01/26/18: Per Todd Wohl, there is a full price offer from a developer who has completed projects in Oakland, and who has already met with the city regarding the permits and is familiar with what the city requires. He also provided proof of funds letter for a line of credit from his private investor for this transaction who he used for numerous transactions over the last three years and is extremely confident in these funds being available to close. He also provided a recent bank statement for the initial + increased deposit.
01/31/18: MGK email to Joy Fogarty: Would you please open an escrow for the 377-385 Fifth St property, and order a preliminary title report.
01/31/18: MGK email to Todd Wohl: the offer looks very strong, I and counsel will put together any necessary changes in an Addendum , and he needs to ask the Buyer's Broker to prepare the CAR FORMS RCSD-S, "Representative Capacity Signature Disclosure" for his client Smart Growth Inc, Christopher Porto.
02/01/18: Email from Todd Wohl that he is requesing RCSD form from broker.
02-06-18: Review Commercial Property Purchase Agreement (CPPA) from Smart Growth, Inc. and draft Counter Offer No. 1.
02-08-18: Phone discussion with Counter Offer No. 1 and CPPA, finalize Counter Offer No. 1, compile CPPA, incorporated addendums, final review,inititial, date, and sign all sale documents, and remit via email to Estate Broker for Buyers approval and signatures.
02-12-18: Receipt of Fully Executed CPPA from Trustee's agent. Awaiting confirmation of receipt by Title Company for Buyer Deposit received by FATCO.
02/13/18: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 02/13/2018 at 12:56 PM PST Doc#26 Docket Text: Ex Parte Motion to Pay Post-Petition Administrative Taxes
02/13/18: The new document FIFTH - EX PARTE ORDER.pdf was uploaded successfully on 02/13/2018 at 12:57 PM Order type: Other Related doc#26 Related document description: Motion Misc Relief Order ID: 640732
02/14/18: Order authorizing payment of FTB admin taxes; Doc#27
02-24-18: Phone discussion with Todd Wohl, RE Broker re: Buyers request for extension of time to investigate property.
02-26-18: Review, signature and return of Buyers request for extension of time to investigate property.
03/05/18: Follow up email to Stephan @BkLawOffice and Amanda @PhaseDuex re need for copy of Phase One Report and/or any other environmental reports for the Fifth Street Properties; email from Amanda @PhaseDuex that there is a Phase 1 report that she will send
03/05/18: Phase 1 report for the 5th Street properties, it did not include Appendix D which is 700 pages of datatables and too large to email [775 page document]
03/05/18: Email to Todd Wohl re Phase One Report: that I did not know existed until today, even though there was a previous request to Debtors Rep and Counsel for all docts related to the property, and that there is no info about the contents or the entity that prepared the document.
03/06/18: Email to/from Todd Wohl re if there is any word from Buyer, as to their request for an extension of time for further due diligence; response is no word yet. Need Buyer to provide Extend of Time addendum and need to push hearing out a few more weeks.
03/06/18: Request Phase 1 report on a USB stick so the Appendix D can be reviewed
03/07/18: Email from/to Amanda with Phase Deux re email from Hightail with full Phase 1 report (with datatables) attached for download, [an email service that allows one to send a large file]
03/13/18: Emails to/from Amanda Kobler @Phaseduex re whether she has set of final plans in PDF and CAD format; she will be sending 2 files via Hightail today, one is the architectural and one is the structural set submitted to the building department, but the PDFs do not reflect any redlines or changes made by the building dept during plan check and buyer will have to verify with city.

03/13/18: Email to Todd Wohl re attached files from Amanda Kobler and whether he could open them or not
03/15/18: Email to Todd Wohl re reaching out to Mr. Kehoe to introduce himself and provide him with anything he needs as he has indicated that he will be an over bidder; request confirmation that he has contacted Mr. Kehoe.
03/20/18: Today is the last day a creditor can object to the sale of 5th St in Oakland CA. The creditors whose liens we are selling free & clear have until 14 days before the hearing to object to the sale free & clear of their liens, which is March 21.
03/20/18: Email to Tracy Green, Trustee counsel, re the proposed order for the sale of 5th Street
03/23/18: The deadline for submission of overbids.
03-27-18: Review and analysis of payoff demand from First Lender and phone discussion with Trustee Counsel Tracy Green re: objections to several charges.
03/28/18: Overbid rec'd with deposit check to Tracy Green @Wendel
04/04/18: Meeting with Todd Wohl, RE Broker for Trustee for sale hearing. Attend hearing on the sale of estate's interest in 377-385 5th St, Oakland CA to Smart Growth Inc; Doc#30. Overbid sale of $3,265,000 confirmed by the Court. Meeting with Trustee counsel re: sale hearing and the form of order confirming the sale.
04-05-18: Review and approval of Order Confirming Sale of real estate [Doc#36]. Phone discussions with Todd Wohl, Trustee RE Broker and FATCO Title Officer re: closing matters and timing of COE.
04-24-18: Review of closing documents for the sale of 377-385 5th St, Oakland CA.
04-24-18: Review of final closing documents for the sale of 377-385 5th St, Oakland CA, including phone discussion with Title Officer at FATCO, call to Trustee Broker, and discussion with Counsel re: final closing documents, changes and adjustments. Approval, signatures, notary, and return of closing documents to FATCO.
04-26-18: Close of Escrow for the sale of 377-385 5th St, Oakland CA.
04-30-18: Deposit of unearned insurance premium for property and casualty insurance.
05/08/18: Notice of Electronic Filing: The following transaction was received from MGK entered on 05/8/2018 at 2:41 PM PDT Doc#37 Docket Text: Trustee's Report of Sale of Real Property 377-385 5th St, Oakland CA.
05-24-18: Final review and approval of expenses provided by Chris Porto, Smartgrowth, aka Fifth Street Enterprises, LLC of out of pocket expenses for purchase of real property, including reparation and remittance of check for payment of the Breakup Fee per court order Doc. #36.
05/30/18: Meeting with trustee counsel re status of recovery from the transfer of sign rights, and per counsel investigation in progress as to parties to pursue.
06/08/18: Replacement check payment of break up fee for sale of 377-385 5th St, Oakland, Ca per court order.
06/09/18: Void of lost check and reissued payment of break up fee from sale of 377-385 5th St, Oakland per court order.
06/09/18: Preparation of check for additional fund demand for payee of the PLM lender services.
07/07/18: Preparation and return of IRS form W-9 to First American Title Co.
08/30/18: Sign settlement agreement with Jason Hu - Hu's claim to be subordinated to all pre-petition creditors and admin claims, except $200K of claim to be allowed as G/U; Hu's claim of $1M to be subordinated to G/U creditors but paid ahead of other equity holders.
09-17-18: Phone discussion with Trustee Counsel, Tracy Green re: waiver request from Sheppard Mullin to represent Mark and Bu for their claim against the estate and the estate's objection to their claim.
09-27-18: Review of Motion for Order Approving Compromise of Controversy with Justin Hu, approval, signature of the Trustees Declaration in Support of Motion, and and return via email to Trustee Counsel.
10-26-18: Finalize Memorandum of Referral to the UST for bankrupty crimes committed by Amanda Kobler and Yosufu Bomani, and remittance to Tim Laffredi, AUST via email.
10-31-18: Order authorizing Employment of Special Counsel and Payment of Retainer filed.
11-06-18: Preparation and remittance of Retainer Check for Special Counsel, HBN Law, Sint Marteen pursuant to Order authorizing Employment of Special Counsel and Payment of Retainer.
11/13/18: Email rec'd from special counsel advising that a conservatory lien was placed on the two properties has been completed and the lien has been served earlier today to Ms. Kobler and Mr. Bomani via the Public Prosecutor in Sint Marteen.
12/13/18: AP 1-04116: complaint to avoid fraudulent transfers; Doc#55
01-17-19: Meeting with Trustee counsel re: status conference hearing and status of response to complaint by Amanda Kobler.
01-19-19: Payment of blanket bond premium for 2019.
03-10-19: Preparation and deposit of refund received from utility company.
03-11-19: Preparation and remittance of FTB tax payment. Review, approval, signature and return via email of Summary Judgement Motion and declaration for Defendants, Mark and Bu.
03-14-19: Phone discussion with Trustee Counsel, Tracy Green re: Summary Judgement Motion for Defendants, Mark and Bu.
03-28-19: Preparation and payment of FTB taxes for 2018 tax year and returns. Review, discussion with Trustee Accountant, approval and signatures for 2018 Federal and CA FTB tax returns.
04-02-19: Preparation and payment of Special Counsel HBN Law, Sint Martin court approved Doc. #89 fees and expenses, and the appraisal fee payment per court order Doc. #91.
04/09/19: Potentially two parcels of property in Sint Marteen for which Mr Boman and Ms Kobler both hold title
05-13-19: Phone discussion with Trustee Counsel re: settlement conference, including review of mediation documents for the preparation of mediation with Judge Novack.
05/14/19: Mediation re: Kasolas vs Mark and Bu with Judge Novack @1:30PM, matter settled as follows:
1. Mark and Bu's Judgment Lien is avoided as a lien on the proceeds of the Trustee's sale as set forth in the Order.
2. The Claim shall be subordinated to all pre-petition unsecured creditors and administrative claims.
3. Defendants' Claim shall be allowed in the sum of $1,500,000, and shall be subordinated to general unsecured creditors, but shall be paid, and shall receive a pro-rata distribution with Justin Hu and any other creditor that is subordinated to general unsecured creditors, but paid ahead of other equity holders ("Subordinated Class").
4. Defendants shall have a $1.3 million dollar claim
05-24-19: Review, approval, signature and return via email of Settlement Agreement with Mark and Bu to Trustee Counsel, Tracy Green.
06/04/19: Preparation and review of claims in anticipation of interim reporting.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

06-24-19: Review, approval & signature of Trustees Statement of Review of Counsel's First Interim Fee Application and Request for Fees & Expense
07/30/19: Preparation, approval and remittance of First Interim Report to trustee counsel for notice and filing.
08-01-19: Preparation and remittance of payments to Trustee Counsel, Wendel Rosen and Trustee Accountant, KPMD for fees and costs pursuant to Court Orders.
08/06/19: Trustee's First Interim Report [TIR1]. To be noticed by Counsel. Holdback of $500,000.00 for continued litigation and distr bution to creditors.

**Initial Projected Date of Final Report (TFR):** March 31, 2018             **Current Projected Date of Final Report (TFR):** September 30, 2020

Case: 17-42303    Doc# 111    Filed: 08/09/19    Entered: 08/09/19 16:38:03    Page 8 of 17

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $55,486,801.00 (per case limit) |
| Period Ending: | 08/06/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/17/17 | Asset #3 | CITY OF OAKLAND | MISC. REFUND FROM THE CITY OF OAKLAND | 1229-000 | 50.00 | | 50.00 |
| 11/30/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40.00 |
| 12/29/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30.00 |
| 01/22/18 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #17-42303, CHAP. 7 BLANKET BOND REGION 17 N. DIST. CA #016048574 | 2300-000 | | 0.01 | 29.99 |
| 01/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19.99 |
| 02/28/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9.99 |
| 03/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 9.99 | 0.00 |
| 04/27/18 | | First American Title Company FBO BUDDHI, LLC (BUYER) | NET SALE PROCEEDS FROM THE SALE OF 377-385 5TH ST. OAKLAND CA | | 1,195,813.34 | | 1,195,813.34 |
| 04/27/18 | Asset #1 | FIRST AMERICAN TITLE CO | GROSS RECEIPTS IN SALE       3,265,000.00 OF 5TH ST, OAKLAND | 1110-000 | | | 1,195,813.34 |
| 04/27/18 | | BRAUN INC | REAL ESTATE       -81,265.00 COMMISSION | 3510-000 | | | 1,195,813.34 |
| 04/27/18 | | CENTURY 21 REALTY ALLIANCE | REAL ESTATE       -81,625.00 COMMISSION | 3510-000 | | | 1,195,813.34 |
| 04/27/18 | | PLM LENDER SERVICES INC | LENDER PAYOFF       -1,787,706.01 | 4110-000 | | | 1,195,813.34 |
| 04/27/18 | | FIRST AMERICAN TITLE CO | MISC EXPENSE IN SALE OF       -5,122.50 5TH ST, OAKLAND | 2500-000 | | | 1,195,813.34 |
| 04/27/18 | | TAXES IS SALE OF 5TH ST, OAKLAND | TAXES IN SALE OF 5TH ST,       -113,468.15 OAKLAND | 4110-000 | | | 1,195,813.34 |
| 04/30/18 | | TRUSTEE INSURANCE AGENCY, INC. | REFUND OF UNEARNED INSURANCE PREMIUM FOR REAL PROPERTY AND CASUALTY COVERAGE | 4110-000 | | -175.08 | 1,195,988.42 |
| 04/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 57.33 | 1,195,931.09 |

Case: 17-42303   Doc# 111   Filed: 08/09/19   Entered: 08/09/19 16:38:03   Page 9 of 17

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $55,486,801.00 (per case limit) |
| Period Ending: | 08/06/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/18 | 102 | FIFTH STREET ENTERPRISES, LLC | PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36; Stopped on 06/09/2018 | 2500-000 | | 5,300.00 | 1,190,631.09 |
| 05/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,892.16 | 1,188,738.93 |
| 06/09/18 | 102 | FIFTH STREET ENTERPRISES, LLC | PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36; Check issued on 05/24/2018 | 2500-000 | | -5,300.00 | 1,194,038.93 |
| 06/09/18 | 103 | FIFTH STREET ENTERPRISES, LLC | REPLACEMENT CHECK-PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36 | 2500-000 | | 5,300.00 | 1,188,738.93 |
| 06/09/18 | 104 | PLM LENDER SERVICES INC | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES; Voided on 06/09/2018 | 4110-000 | | 889.29 | 1,187,849.64 |
| 06/09/18 | 104 | PLM LENDER SERVICES INC | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES; Check issued on 06/09/2018 | 4110-000 | | -889.29 | 1,188,738.93 |
| 06/09/18 | 105 | First American Title Company | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES | 3520-000 | | 889.29 | 1,187,849.64 |
| 06/29/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,657.91 | 1,186,191.73 |
| 07/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,820.33 | 1,184,371.40 |
| 08/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,760.33 | 1,182,611.07 |
| 09/28/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 907.20 | 1,181,703.87 |
| 10/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,068.38 | 1,180,635.49 |
| 11/06/18 | 106 | HBN Law | RETAINER PURSUANT TO COURT ORDER DOC. #52 | 3210-600 | | 10,000.00 | 1,170,635.49 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 17-42303 RLE | | **Trustee:** | Michael G. Kasolas |
|---|---|---|---|---|
| **Case Name:** | FIFTH STREET LOFTS LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID#:** | **-***5674 | | **Blanket Bond:** | $55,486,801.00 (per case limit) |
| **Period Ending:** | 08/06/19 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/19 | 107 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2019 FOR CASE #17-42303, 2019 BLANKET BOND PREMIUM PRORATION; Voided on 01/19/2019 | 2300-000 | | 443.66 | 1,170,191.83 |
| 01/19/19 | 107 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2019 FOR CASE #17-42303, 2019 BLANKET BOND PREMIUM PRORATION; Check issued on 01/19/2019 | 2300-000 | | -443.66 | 1,170,635.49 |
| 01/19/19 | 108 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #17-42303, 2019 BLANKET BOND PRORATED PREMIUM PAYMENT | 2300-000 | | 448.82 | 1,170,186.67 |
| 02/08/19 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 1,170,186.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,195,863.34 | 1,195,863.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,170,186.67 | |
| | | | **Subtotal** | | 1,195,863.34 | 25,676.67 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,195,863.34** | **$25,676.67** | |

Case: 17-42303   Doc# 111   Filed: 08/09/19   Entered: 08/09/19 16:38:03   Page 11 of 17

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | East West Bank |
| | | | Account: | ******0043 - Checking |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $55,486,801.00 (per case limit) |
| Period Ending: | 08/06/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/19 | | East West Bank | Account Opening Deposit Adjustment | 9999-000 | 1,170,186.67 | | 1,170,186.67 |
| 02/20/19 | | EAST WEST BANK | ANALYSIS ACTIVITY CHARGE FOR WIRE IN FEE FOR BANK CONVERSION FROM RABOBANK TO EAST WEST BANK TO BE REVERSED. | 2600-002 | | 71.00 | 1,170,115.67 |
| 02/21/19 | | EAST WEST BANK | ANALYSIS ACTIVITY CHARGE FOR WIRE IN FEE FOR BANK CONVERSION FROM RABOBANK TO EAST WEST BANK TO BE REVERSED. | 2600-002 | | -71.00 | 1,170,186.67 |
| 03/10/19 | Asset #5 | EAST BAY MUNICIPAL UTILITY DISTRICT | REFUND FOR PRIVATE SEWER LATERAL. | 1290-000 | 4,500.00 | | 1,174,686.67 |
| 03/11/19 | 1001 | FRANCHISE TAX BOARD | CLAIM #1 - FTB PARTNERSHIP TAX YEAR 2017: TIN 47-4185674, BANKRUPTCY CASE #1742303;   Stopped on 03/25/2019 | 5800-000 | | 800.00 | 1,173,886.67 |
| 03/25/19 | 1001 | FRANCHISE TAX BOARD | CLAIM #1 - FTB PARTNERSHIP TAX YEAR 2017: TIN 47-4185674, BANKRUPTCY CASE #1742303;   Stopped: Check issued on 03/11/2019 | 5800-000 | | -800.00 | 1,174,686.67 |
| 03/28/19 | 1002 | FRANCHISE TAX BOARD | CLAIM #13 - FTB PARTNERSHIP TAX YEAR 2018: TIN 47-4185674, BANKRUPTCY CASE #1742303; PER COURT ORDER DOC. #27 | 5800-000 | | 800.00 | 1,173,886.67 |
| 03/28/19 | 1003 | FRANCHISE TAX BOARD | FTB PARTNERSHIP TAX YEAR 2018: TIN 47-4185674, BANKRUPTCY CASE #1742303; PER COURT ORDER DOC. #91 | 2820-000 | | 6,300.00 | 1,167,586.67 |
| 04/02/19 | 1004 | HBN LAW | PAYMENT OF FEES PURSUANT TO COURT ORDER DOC. #89 | 3210-600 | | 9,546.36 | 1,158,040.31 |
| 04/02/19 | 1005 | HBN Law | PAYMENT OF EXP.S PURSUANT TO COURT ORDER DOC. #89 | 3220-000 | | 1,071.70 | 1,156,968.61 |
| 04/02/19 | 1006 | INDEPENDENT CONSULTING SERVICES | PAYMENT OF APPRAISAL FEES PURSUANT TO COURT ORDER DOC #91 | 3712-000 | | 750.00 | 1,156,218.61 |
| 08/01/19 | 1007 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Fees per Court Order Doc. #107 | 3410-000 | | 31,797.00 | 1,124,421.61 |

# Form 2
# Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-42303 RLE |
| **Case Name:** | FIFTH STREET LOFTS LLC |
| **Taxpayer ID#:** | **-***5674 |
| **Period Ending:** | 08/06/19 |

| | |
|---|---|
| **Trustee:** | Michael G. Kasolas |
| **Bank Name:** | East West Bank |
| **Account:** | ******0043 - Checking |
| **Blanket Bond:** | $55,486,801.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/19 | 1008 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Exp.'s per Court Order Doc. #107 | 3420-000 | | 162.61 | 1,124,259.00 |
| 08/01/19 | 1009 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #106. | 3210-000 | | 321,325.70 | 802,933.30 |
| 08/01/19 | 1010 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #106. | 3220-000 | | 6,496.40 | 796,436.90 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,174,686.67 | 378,249.77 | **$796,436.90** |
| Less: Bank Transfers | | 1,170,186.67 | 0.00 | |
| **Subtotal** | | 4,500.00 | 378,249.77 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,500.00** | **$378,249.77** | |

| | |
|---|---|
| Net Receipts: | $1,200,363.34 |
| Plus Gross Adjustments: | 2,069,186.66 |
| Net Estate: | $3,269,550.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0043** | 4,500.00 | 378,249.77 | 796,436.90 |
| **Checking # ******3866** | 1,195,863.34 | 25,676.67 | 0.00 |
| | $1,200,363.34 | $403,926.44 | $796,436.90 |

# Claims Register
## Case: 17-42303-RLE    FIFTH STREET LOFTS LLC

Total Proposed Payment: $296,436.90　　　　　　　　　　　　　　　　　　　　Claims Bar Date: 01/23/18

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | HBN LAW<br>ATTN HENDRICH SEFERINA<br>W.G. BUNCAMPER ROAD 33<br>PHILIPSBURG SINT MAARTEN,<br><br>3210-60  Special Counsel for Trustee Fees, 200 | Admin Ch. 7<br>09/13/17 | | $19,546.36<br>$19,546.36 | $19,546.36<br>$0.00 | $0.00 |
| | Michael G. Kasolas<br>PO Box 26650<br>San Francisco, CA 94126-6650<br><br>2100-00  Trustee Compensation, 100 | Admin Ch. 7<br>09/13/17 | | $106,336.50<br>$106,336.50 | $0.00<br>$106,336.50 | $106,336.50 |
| | Michael G. Kasolas<br>PO Box 26650<br>San Francisco, CA 94126-6650<br><br>2200-00  Trustee Expenses, 150 | Admin Ch. 7<br>09/13/17 | | $206.04<br>$206.04 | $0.00<br>$206.04 | $206.04 |
| | HBN LAW.<br>W.G. BUNCAMPER ROAD 33<br>PHILIPSBURG, SINT MAARTEN<br><br>3220-00  Attorney for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>04/17/19 | | $1,071.70<br>$1,071.70 | $1,071.70<br>$0.00 | $0.00 |
| | INDEPENDENT CONSULTING SERVICES<br>C/O HBN LAW<br>W.G. BUNCAMPER ROAD 33<br><br>3712-00  Appraiser for Trustee Expenses, 200 | Admin Ch. 7<br>04/17/19 | | $750.00<br>$750.00 | $750.00<br>$0.00 | $0.00 |
| | FRANCHISE TAX BOARD<br>POB 942857<br>SACRAMENTO, CA 94257-0531<br><br>2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes), 200 | Admin Ch. 7<br>06/04/19 | | $6,300.00<br>$6,300.00 | $6,300.00<br>$0.00 | $0.00 |
| | WENDEL ROSEN LLP<br>TRACY GREEN<br>1111 BROADWAY 24TH FL<br>OAKLAND, CA 94607<br><br>3220-00  Attorney for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>06/04/19 | | $6,496.40<br>$6,496.40 | $6,496.40<br>$0.00 | $0.00 |
| | WENDEL ROSEN LLP<br>TRACY GREEN<br>1111 BROADWAY 24TH FL<br>OAKLAND, CA 94607<br><br>3210-00  Attorney for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>06/04/19 | | $321,325.70<br>$321,325.70 | $321,325.70<br>$0.00 | $0.00 |
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP<br>RICHARD PIEROTTI<br>333 PINE ST 5TH FL<br>SAN FRANCISCO, CA 94104-3319<br><br>3410-00  Accountant for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>06/04/19 | | $31,797.00<br>$31,797.00 | $31,797.00<br>$0.00 | $0.00 |

# Claims Register
## Case: 17-42303-RLE   FIFTH STREET LOFTS LLC

Total Proposed Payment: $296,436.90                                        Claims Bar Date: 01/23/18

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP<br>RICHARD PIEROTTI<br>333 PINE ST 5TH FL<br>SAN FRANCISCO, CA 94104-3319 | Admin Ch. 7<br>06/04/19 | | $162.61<br>$162.61 | $162.61<br>$0.00 | $0.00 |
| | 3420-00   Accountant for Trustee Expenses (Other Firm), 200 | | | | | |
| FEES | RABOBANK NA<br>SPECIALTY DEPOSITS<br>2739 SANTA MARIA WAY 2ND FL<br>SANTA MARIA, CA 93455 | Admin Ch. 7<br>09/13/17 | | $9,213.63<br>$9,213.63 | $9,213.63<br>$0.00 | $0.00 |
| | 2600-00   Bank and Technology Services Fees, 200 | | | | | |
| 1-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO, CA 95812-2952 | Priority<br>10/11/17 | | $2,519.96<br>$2,519.96 | $0.00<br>$2,519.96 | $2,519.96 |
| | 5800-00   Claims of Governmental Units, 570 | | | | | |
| 1-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO, CA 95812-2952 | Unsecured<br>10/11/17 | | $974.02<br>$974.02 | $0.00<br>$302.62 | $974.02 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 2 | ROSA GALLARDO<br>2420 WESTCHESTER COURT<br>SOUTH SAN FRANCISCO, CA 94080 | Unsecured<br>01/13/18 | | $155,196.00<br>$155,196.00 | $0.00<br>$48,218.04 | $155,196.00 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 3 | SEVENTY8 UNLIMITED [disallowed]<br>POB 10249<br>DENVER, CO 80250 | Unsecured<br>01/22/18 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 4-2 | SABI DESIGN BUILD [disallowed]<br>4050 HARLAN ST<br>EMERYVILLE, CA 94608 | Unsecured<br>01/22/18 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| 5 | JUSTIN HU<br>KATZOFF & RIGGS LLP<br>1500 PARK AVE STE 300<br>EMERYVILLE, CA 94608 | Unsecured<br>01/22/18 | | $0.00<br>$1,000,000.00 | $0.00<br>$0.00 | $1,000,000.00 |
| | 7400-00   Subordinated General Unsecured (Equitably or consensually subordinated), 630 | | | | | |
| 5 | JUSTIN HU<br>KATZOFF & RIGGS LLP<br>1500 PARK AVE STE 300<br>EMERYVILLE, CA 94608 | Unsecured<br>01/22/18 | | $1,211,160.00<br>$200,000.00 | $0.00<br>$62,138.25 | $200,000.00 |
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |

# Claims Register
## Case: 17-42303-RLE    FIFTH STREET LOFTS LLC

Total Proposed Payment: $296,436.90    Claims Bar Date: 01/23/18

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | NATIONAL CONSTRUCTION RENTALS | Unsecured | | $682.09 | $0.00 | $682.09 |
| | C/O JONATHAN NEIL & ASSOCIATES INC POB 7000 TARZANA, CA 91357 | 01/23/18 | | $682.09 | $211.92 | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 7-2 | HEILBRUN GROSS LIVING TRUST | Unsecured | | $115,383.00 | $0.00 | $115,383.00 |
| | SARAH KATE HEILBRUN & DAVID GROSS 4140 LAGUNA ST OAKLAND, CA 94602 | 01/23/18 | | $115,383.00 | $35,848.49 | |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 8 | SUNG ENGINEERING INC 29300 KOHOUTEK WAY STE 190 UNION CITY, CA 94587 | Unsecured 01/23/18 | | $18,909.50 $18,909.50 | $0.00 $5,875.02 | $18,909.50 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 9 | AMANDA KOBLER [disallowed] 2336 MAGNOLIA ST #11 OAKLAND, CA 94607 | Unsecured 01/23/18 | | $0.00 $0.00 | $0.00 $0.00 | $0.00 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 10 | HAULING AND DEBRIS SERVICE 26 DORLAND ST SAN FRANCISCO, CA 94110 | Unsecured 01/23/18 | | $36,000.00 $36,000.00 | $0.00 $11,184.89 | $36,000.00 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 11-2 | JOHN E GUTIERREZ 2550 NINTH ST STE 202 BERKELEY, CA 94710 | Unsecured 01/23/18 | | $73,000.00 $73,000.00 | $0.00 $22,680.46 | $73,000.00 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 12 | JEFFREY W T MARK & LI WEN BU 1347 DONNER AVE SAN FRANCISCO, CA 94124 | Unsecured 01/23/18 | | $3,025,890.00 $1,500,000.00 | $0.00 $0.00 | $1,500,000.00 |
| | 7400-00  Subordinated General Unsecured (Equitably or consensually subordinated), 630 | | | | | |
| 12 | JEFFREY W T MARK & LI WEN BU 1347 DONNER AVE SAN FRANCISCO, CA 94124 | Unsecured 01/23/18 | | $0.00 $1,300,000.00 | $0.00 $0.00 | $1,300,000.00 |
| | 7400-00  Subordinated General Unsecured (Equitably or consensually subordinated), 650 | | | | | |
| 13 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 POB 2952 SACRAMENTO, CA 95812-2952 | Admin Ch. 7 03/08/19 | | $1,714.71 $1,714.71 | $800.00 $914.71 | $914.71 |
| | 2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes), 200 | | | | | |

# Claims Register
## Case: 17-42303-RLE    FIFTH STREET LOFTS LLC

Total Proposed Payment: $296,436.90    Claims Bar Date: 01/23/18

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| ASSET1 | FIRST AMERICAN TITLE CO | Admin Ch. 7<br>09/13/17 | | $6,011.79<br>$6,011.79 | $6,011.79<br>$0.00 | $0.00 |
| | 2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.), 200 | | | | | |
| ASSET1 | TAXES IN SALE OF 5TH ST, OAKLAND | Secured<br>09/13/17 | | $113,468.15<br>$113,468.15 | $113,468.15<br>$0.00 | $0.00 |
| | 4700-00   Real Property Tax Liens (pre-petition), 100 | | | | | |
| ASSET1 | BRAUN INC | Admin Ch. 7<br>09/13/17 | | $81,265.00<br>$81,265.00 | $81,265.00<br>$0.00 | $0.00 |
| | 3510-00   Realtor for Trustee Fees (Real Estate Commissions), 200 | | | | | |
| ASSET1 | CENTURY 21 REALTY ALLIANCE | Admin Ch. 7<br>09/13/17 | | $81,625.00<br>$81,625.00 | $81,625.00<br>$0.00 | $0.00 |
| | 3510-00   Realtor for Trustee Fees (Real Estate Commissions), 200 | | | | | |
| ASSET1 | PLM LENDER SERVICES INC | Secured<br>09/13/17 | | $1,787,530.93<br>$1,787,530.93 | $1,787,530.93<br>$0.00 | $0.00 |
| | 4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 400 | | | | | |
| BOND | INTERNATIONAL SURETIES LTD<br>701 POYDRAS ST STE 420<br>NEW ORLEANS, LA 70139 | Admin Ch. 7<br>09/13/17 | | $448.83<br>$448.83 | $448.83<br>$0.00 | $0.00 |
| | 2300-00   Bond Payments, 175 | | | | | |
| SALE FEE | FIFTH STREET ENTERPRISES LLC<br>C/O SMART GROWTH<br>4096 PIEDMONT AVE #941<br>OAKLAND, CA 94611 | Admin Ch. 7<br>09/13/17 | | $5,300.00<br>$5,300.00 | $5,300.00<br>$0.00 | $0.00 |
| | 2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.), 200 | | | | | |
| | | | Case Total: | $6,983,234.92 | $2,473,113.10 | $4,510,121.82 |