# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| In re: FIFTH STREET LOFTS LLC | § | Case No. 4:17-bk-42303 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Michael G. Kasolas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $35.97 *(without deducting any secured claims)* | Assets Exempt: | N/A |
| Total Distribution to Claimants: $2,593,155.16 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: $1,532,394.84 | | |

3) Total gross receipts of $4,125,550.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,125,550.00 from liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 1,712,750.44 | 1,900,999.08 | 1,900,999.08 | 1,900,999.08 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,527,882.76 | 1,532,394.84 | 1,532,394.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,519.96 | 2,519.96 | 2,519.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,176,553.26 | 4,530,216.65 | 4,293,166.65 | 689,636.12 |
| **TOTAL DISBURSEMENTS** | **$4,889,303.70** | **$7,961,618.45** | **$7,729,080.53** | **$4,125,550.00** |

4)  This case was originally filed under Chapter 7 on 09/13/2017. The case was pending for 57 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/07/2022                    By: /s/ Michael G. Kasolas

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1  - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 377-385 5TH ST, OAKLAND CA 94607 | 1110-000 | 3,265,000.00 |
| MISC REFUND | 1229-000 | 50.00 |
| UTILITY REFUND EAST BAY MUD | 1229-000 | 4,500.00 |
| FRAUDULENT CONVEYANCE TRANSFER RECOVERY | 1241-000 | 8,000.00 |
| FRAUDULENT TRANSFER RECOVERY: | 1241-000 | 498,000.00 |
| RECOVERY OF SIGN RIGHTS TRANSFER | 1241-000 | 350,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,125,550.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ASSET1 | PLM LENDER SERVICES INC | 4110-000 | 0.00 | 1,787,530.93 | 1,787,530.93 | 1,787,530.93 |
| NOTFILED | SECURED INCOME FUND-II, LLC | 4110-000 | 1,597,750.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ROSA GALLARDO | 4210-000 | 115,000.00 | 0.00 | 0.00 | 0.00 |
| ASSET1 | TAXES IN SALE OF 5TH ST, OAKLAND | 4700-000 | 0.00 | 113,468.15 | 113,468.15 | 113,468.15 |
| **TOTAL SECURED CLAIMS** | | | **$1,712,750.44** | **$1,900,999.08** | **$1,900,999.08** | **$1,900,999.08** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. KASOLAS | 2100-000 | N/A | 147,016.50 | 147,016.50 | 147,016.50 |
| MICHAEL G. KASOLAS | 2200-000 | N/A | 266.59 | 266.59 | 266.59 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| BRAUN INC. | 3711-000 | N/A | 16,266.00 | 16,266.00 | 16,266.00 |
| BRAUN INC. | 3712-000 | N/A | 1,092.00 | 1,092.00 | 1,092.00 |
| INDEPENDENT CONSULTING SERVICES | 3712-000 | N/A | 750.00 | 750.00 | 750.00 |
| APTUS COURT REPORTING SERVICES | 3991-000 | N/A | 0.00 | 2,797.37 | 2,797.37 |
| BACHECKI CROM & CO LLP | 3992-000 | N/A | 1,016.50 | 1,016.50 | 1,016.50 |
| WENDEL ROSEN LLP | 3210-000 | N/A | 998,602.01 | 998,602.01 | 998,602.01 |
| HBN LAW | 3210-600 | N/A | 15,974.85 | 15,974.85 | 15,974.85 |
| HBN LAW. | 3220-000 | N/A | 1,071.70 | 1,071.70 | 1,071.70 |
| WENDEL ROSEN LLP | 3220-000 | N/A | 28,990.72 | 28,990.72 | 28,990.72 |
| KOKJER PIEROTTI MAIOCCO & DUCK LLP | 3410-000 | N/A | 106,733.50 | 106,733.50 | 106,733.50 |
| KOKJER PIEROTTI MAIOCCO & DUCK LLP | 3420-000 | N/A | 569.17 | 569.17 | 569.17 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 965.72 | 965.72 | 965.72 |
| FIFTH STREET ENTERPRISES LLC | 2500-000 | N/A | 5,300.00 | 5,300.00 | 5,300.00 |
| FIRST AMERICAN TITLE CO | 2500-000 | N/A | 6,011.79 | 6,011.79 | 6,011.79 |
| RABOBANK NA | 2600-000 | N/A | 9,213.63 | 9,213.63 | 9,213.63 |
| EAST WEST BANK | 2600-000 | N/A | 14,286.71 | 14,286.71 | 14,286.71 |
| DAVID WU | 2990-000 | N/A | 720.00 | 720.00 | 720.00 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 6,300.00 | 6,300.00 | 6,300.00 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 3,845.37 | 5,560.08 | 5,560.08 |
| BRAUN INC | 3510-000 | N/A | 81,265.00 | 81,265.00 | 81,265.00 |
| CENTURY 21 REALTY ALLIANCE | 3510-000 | N/A | 81,625.00 | 81,625.00 | 81,625.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,527,882.76** | **$1,532,394.84** | **$1,532,394.84** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 2,519.96 | 2,519.96 | 2,519.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$2,519.96** | **$2,519.96** | **$2,519.96** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | FRANCHISE TAX BOARD | 7300-000 | 0.00 | 974.02 | 974.02 | 974.02 |
| 2 | ARGONAUT/ ROSA GALLARDO | 7100-000 | 0.00 | 48,218.04 | 48,218.04 | 48,218.04 |
| 3 | SEVENTY8 UNLIMITED [disallowed] | 7100-000 | 130,000.00 | 0.00 | 0.00 | 0.00 |
| 4-2 | SABI DESIGN BUILD [disallowed] | 7100-000 | 48,238.15 | 0.00 | 0.00 | 0.00 |
| 5 | JUSTIN HU | 7100-000 | 1,000,000.00 | 1,211,160.00 | 200,000.00 | 200,000.00 |
| 5 | JUSTIN HU | 7400-000 | 200,000.00 | 0.00 | 1,000,000.00 | 78,587.79 |
| 6 | NATIONAL CONSTRUCTION RENTALS | 7100-000 | 0.00 | 682.09 | 682.09 | 682.09 |
| 7-3 | HEILBRUN GROSS LIVING TRUST | 7100-000 | 85,000.00 | 115,383.00 | 115,383.00 | 115,383.00 |
| 8 | SUNG ENGINEERING INC | 7100-000 | 18,909.50 | 18,909.50 | 18,909.50 | 18,909.50 |
| 9 | AMANDA KOBLER [disallowed] | 7100-000 | 8,282.21 | 0.00 | 0.00 | 0.00 |
| 10 | HAULING AND DEBRIS SERVICE | 7100-000 | 36,000.00 | 36,000.00 | 36,000.00 | 36,000.00 |
| 11-2 | JOHN E GUTIERREZ | 7100-000 | 60,000.00 | 73,000.00 | 73,000.00 | 73,000.00 |
| 12-A | JEFFREY W T MARK & LI WEN BU | 7400-000 | 1,585,000.00 | 3,025,890.00 | 1,500,000.00 | 117,881.68 |
| 12-B | JEFFREY W T MARK & LI WEN BU | 7400-000 | N/A | 0.00 | 1,300,000.00 | 0.00 |
| NOTFILED | ARTHUR J. GALLAGHER & CO INSURANCE | 7100-000 | 4,844.46 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LOW VOLTAGE SECURITY | 7100-000 | 135.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PG&E | 7100-000 | 143.94 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,176,553.26** | **$4,530,216.65** | **$4,293,166.65** | **$689,636.12** |

**Case Number:** 17-42303 RLE
**Case Name:** FIFTH STREET LOFTS LLC

**Period Ending:** 08/07/22

**Trustee:** Michael G. Kasolas
**Filed (f) or Converted (c):** 09/13/17 (f)
**§341(a) Meeting Date:** 10/25/17
**Claims Bar Date:** 01/23/18

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 377-385 5TH ST, OAKLAND CA 94607<br>[02/23/18: Notice of Sale; Doc#30]<br>[04/05/18: Order authorizing sale; Doc#36]<br>[05/08/18: Report of Sale; Doc#37] | 4,999,999.00 | 1,192,249.56 | | 3,265,000.00 | FA |
| 2 | CHECKING ACCOUNT AT US BANK XXXXXX1823 | 35.97 | 35.97 | | 0.00 | FA |
| 3 | MISC REFUND (u) | 0.00 | 50.00 | | 50.00 | FA |
| 4 | RECOVERY OF SIGN RIGHTS TRANSFER (u)<br>05-01-20: Amount updated to reflect forensic accountants conclusion as to value of the sign rights that were fraudulently transferred.  The Kasolas v. Landmark Dividend LLC et al Adversary Proceeding, Case #19-04048.<br>03-11-21: Settlement agreement entered for $350,000.00 | 0.00 | 1,439,050.00 | | 350,000.00 | FA |
| 5 | UTILITY REFUND EAST BAY MUD (u)<br>REFUND FROM UTILITY FOR PRIVATE SEWER LATERAL. | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 6 | FRAUDULENT TRANSFER RECOVERY: (u)<br>05-01-20: Amount updated to reflect forensic accountants conclusion as to value of the net transfers to or for the benefit of Amanda Kobler, Yusufu Bomani, 2336 Magnolia LLC and 1550 Park LLC, the Kasolas v. Asanitoure, LLC et al Adversary Proceeding, Case #18-04116. Kobler and Bomani transferred funds to purchase property in Sint Marteen for which the Estate has a lien against the property for recovery.<br>10-08-20: Settlement Agreement entered into with Kobler & Bomani for $605K which includes $107K claim reduction: Claim #2 Galardo/ Argonaut] | 0.00 | 1,158,998.00 | | 498,000.00 | FA |
| 7 | FRAUDULENT CONVEYANCE TRANSFER RECOVERY (u)<br>Fraudulent Conveyance Transfer Recovery from adversary actions. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$5,000,034.97** | **$3,802,883.53** | | **$4,125,550.00** | **$0.00** |

**Major activities affecting case closing:**

INTERIM ACCOUNTS:
  1ST: 09/13/17 - 08/06/19
.
09-14-17: Phone call/message and email to Debtor's counsel for site visit to real property on 9-16-17, contact information for Debtor's representative, insurance broker and secured lender.
09-15-17: Return phone call/message from Debtor's counsel with contact information for Debtor's representative, insurance broker and secured lender.  Calls and messages to Debtor's representative Amanda Korbler, insurance broker and secured lender, including phone discussion with Amanda Korbler confirming a meeting at the property for a site visit, and she is to include the prepetition real

estate broker. Phone discussion with to be proposed Trustee Counsel, Mark Bostick re: case, possible equity in real property, LLC membership issues and site visit for 9-16-17 with Debtor's representative and prepetition broker.

09-16-17: Site visit with Amanda Korbler and prepetition broker, Ken Nwokedi, and Trustee's counsel, including discussions about the property and estate with Amanda Korbler. Email to Amanda K with a 11 point information and document request.

09-17-17: Return email from Amanda Korbler with some information from 9-16-17 information and document request email.

09-20-17: Review, discussion with Trustee Counsel, approval and signature for Application to Employee Trustee Counsel. Phone discussion today with Trustee Counsel as to membership agreements obtained, and it is yet to be determined if Debtor's Representative, Amanda Korbler had Corporate authority to file the bankruptcy, and once that is determined, then proceed to set aside judgement liens to insiders, as they appear to have been obtained and recorded within one year of the filing of the original petition, and from there if successful, sell the property as there appears to be sufficient equity without the judgment liens. Trustee's request for notice of possible dividend prepared and filed with the Court Clerk, docket #8.

09/26/17: Email to Steve Freeman & Bruce Cornielius [secured lender & his legal counsel] re instructions for possible reinstatement for the insurance, including the attachments required to be completed and returned to the carrier, along with payment instructions.

09/26/17: Email to Client Service Team re possible insurance reinstatement. The secured lender Secured Income Fund II LLC (Steve Freeman and his legal counsel Bruce Cornelius) have agreed to advance up to $6,000.00 to cover the reinstatement costs directly to Client Service or the carrier. Secured Income Fund II LLC is to be made a loss payee on the policy, along with Michael G. Kasolas, Chapter 7 Trustee, Case #17-42303, Northern District of California. I will forward the email with the invoice, instructions for your on-line payment system, as well the no known loss letter template (that Secured Income Fund II LLC can copy and paste onto their letterhead), with which they can remit payment.

10/03/17: Downloaded schedules for Form 1 purposes

10-24-17: Respond to email from Arthur Gallager & Co, Ins. brokers, re: insurance quotes, including review and response to application and changes to application for submission for insurance quotes for the real property.

10/31/17: Review, discuss and sign Application for employment of Richard Pierotti for estate accountant [.2]

11/08/17: Email to Dajon @Select Client Service re voicemail message left to call so we can obtain insurance policy through them

11/09/17: Email from Jessica Cox with Trustee Resource Group Insurance re risk due to structure's location and valuation of building

11/10/17: Telephone call with Jessica Cox with Trustee Resource Group Insurance, she provided a quote, coverage and liability forms for review

11/10/17: Email to Bruce Cornelius re previous conversation with Jessica Cox and to confirm if his client will fund the initial payment and monthly payments until property is sold, so I can bind the insurance and move forward with the case; his client will be able to increase their claim for these costs.

11/13/17: Email to Jessica Cox with Trustee Insurance: "Yes, please bind the coverage effective Oct 1, 2017, as the Secured Lender's attorney has advised that his client has confirmed that they will pay the premiums."

11-15-17: MOC held and continued. Trustee Counsel delivered $50.00 check to trustee from the City of Oakland resulting from a miscellaneous refund.

11/17/17: Miscellaneous refund check processed/deposited

11/21/17: Per email, Michelle Rodgers, secured lender, has sent over a check request to bind the insurance

11/21/17: Email to Jessica Cox re secured lender who is sending the check for three months of insurance to bind the policy and request confirmation of correct address

11/23/17: Email to Todd Wohl re obtaining P&C insurance coverage for the lofts building and parking lot so that now we can move forward with the sale process, and need for his broker's opinion on value

11/29/17: Receipt of Brokers Opinion of Value from Todd Wohl and request for phone conversation tomorrow to review price range and market data

11/29/17: Email from Bruce Cornelius: "My client caused a payment to be made to Trustee Insurance Agency on Monday in the amount of $3,993.54 for the premium on policy nos. 1134133 & 1134135 covering real property and improvements located at 381-385 5th Street, Oakland CA. We would appreciate confirmation from the agency that the premium payment has been received and applied, and that the subject policies are in full force and effect. Upon such confirmation, the lender will be able to cancel its existing force-placed policy covering the property."

11/29/17: Email to Jessica Cox: "Would you please confirm payment received for the above referred to policies [nos.1134133 & 1134135], and remit a receipt. Additionally, would you please send a copy of the policy and a certificate of insurance, and cc: all on this email."

11/30/17: Email from Jessica Cox on insurance coverage: "Attached is the coverage schedule for the referenced property. We have not yet received payment but as soon as we do I will advise and send the requested receipt."

11/30/17: Email receipt of paid invoice for Fifth Street Lofts from Trustee Resource Group

12/15/17: Order for Debtor to appear for exam with requested records this date at Wendel Rosen; Doc#20

12/19/17: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 12/19/2017 at 3:27 PM PST Doc#23 Docket Text: Application to Employ Todd Wohl as real estate agent Filed by Trustee Michael G. Kasolas (Attachments: # (1) Declaration # (2) Proposed Order-FRBP 4001 # (3) Certificate of Service)

01-03-18: Order to employ broker uploaded confirm #1781476491058.

01-04-18: Order Authorizing Employment of Real Estate Broker entered on the Court Docket.

01-08-18: Execution and return of Listing Agreement with Todd Wohl of Braunco International Real Estate via email.

01/26/18: Per Todd Wohl, there is a full price offer from a developer who has completed projects in Oakland, and who has already met with the city regarding the permits and is familiar with what the city requires. He also provided proof of funds letter for a line of credit from his private investor for this transaction who he used for numerous transactions over the last three years and is extremely confident in these funds being available to close. He also provided a recent bank statement for the initial + increased deposit.

01/31/18: MGK email to Joy Fogarty: Would you please open an escrow for the 377-385 Fifth St property, and order a preliminary title report.

01/31/18: MGK email to Todd Wohl: the offer looks very strong, I and counsel will put together any necessary changes in an Addendum , and he needs to ask the Buyer's Broker to prepare the CAR FORMS RCSD-S, "Representative Capacity Signature Disclosure" for his client Smart Growth Inc, Christopher Porto.

02/01/18: Email from Todd Wohl that he is requesting RCSD form from broker.

02-06-18: Review Commercial Property Purchase Agreement (CPPA) from Smart Growth, Inc. and draft Counter Offer No. 1.

02-08-18: Phone discussion with Counter Offer No. 1 and CPPA, finalize Counter Offer No. 1, complile CPPA, incorporated addendums, final review, initial date, and sign all sale documents, and remit via email to Estate Broker for Buyers approval and signatures.

02-12-18: Receipt of Fully Executed CPPA from Trustee's agent.  Awaiting confirmation of receipt by Title Company for Buyer Deposit received by FATCO.

02/13/18: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 02/13/2018 at 12:56 PM PST Doc#26  Docket Text: Ex Parte Motion to Pay Post-Petition Administrative Taxes

02/13/18: The new document FIFTH - EX PARTE ORDER.pdf was uploaded successfully on 02/13/2018 at 12:57 PM Order type: Other Related doc#26 Related document description: Motion Misc Relief  Order ID: 640732

02/14/18: Order authorizing payment of FTB admin taxes; Doc#27

02-24-18: Phone discussion with Todd Wohl, RE Broker re: Buyers request for extension of time to investigate property.

02-26-18: Review, signature and return of Buyers request for extension of time to investigate property.

03/05/18: Follow up email to Stephan @BkLawOffice and Amanda @PhaseDuex re need for copy of Phase One Report and/or  any other environmental reports for the Fifth Street Properties; email from Amanda @PhaseDuex that there is a Phase 1 report that she will send

03/05/18: Phase 1 report for the 5th Street properties, it  did not include Appendix D which is 700 pages of data-tables and too large to email [775 page document]

03/05/18: Email to Todd Wohl re Phase One Report: that I did not know existed until today, even though there was a previous request to  Debtors Rep and Counsel for all docs related to the property, and that there is no info about the contents or the entity that prepared the document.

03/06/18: Email to/from Todd Wohl re if there is any word from Buyer, as to their request for an extension of time for further due diligence; response is no word yet. Need Buyer to provide Extend of Time addendum and need to push hearing out a few more weeks.

03/06/18: Request Phase 1 report on a USB stick so the Appendix D can be reviewed

03/07/18: Email from/to Amanda with Phase Deux re email from Hightail with full Phase 1 report (with data-tables) attached for download, [an email service that allows one to send a large file]

03/13/18: Emails to/from Amanda Kobler @Phasedeux re whether she has set of final plans in PDF and CAD format; she will be sending 2 files via Hightail today, one is the architectural and one is the structural set submitted to the building department, but the PDFs do not reflect any redlines or changes made by the building dept during plan check and  buyer will have to verify with city.

03/13/18: Email to Todd Wohl re attached files from Amanda Kobler and whether he could open them or not

03/15/18: Email to Todd Wohl re reaching out to Mr. Kehoe to introduce himself and provide him with anything he needs as he has indicated that he will be an over bidder;  request confirmation that he has contacted  Mr. Kehoe.

03/20/18: Today is the last day a creditor can object to the sale of 5th St in Oakland CA. The creditors whose liens we are selling free & clear have until 14 days before the hearing to object to the sale free & clear of their liens, which is March 21.

03/20/18: Email to Tracy Green, Trustee counsel, re the proposed order for the sale of 5th Street

03/23/18: The deadline for submission of overbids.

03-27-18: Review and analysis of payoff demand from First Lender and phone discussion with Trustee Counsel Tracy Green re: objections to several charges.

03/28/18:  Overbid rec'd with deposit check to Tracy Green @Wendel

04/04/18: Meeting with Todd Wohl, RE Broker for Trustee for sale hearing. Attend hearing on the sale of estate's interest in 377-385 5th St, Oakland CA to Smart Growth Inc; Doc#30.  Overbid sale of $3,265,000 confirmed by the Court.  Meeting with Trustee counsel re: sale hearing and the form of order confirming the sale.

04-05-18: Review and approval of Order Confirming Sale of real estate [Doc#36].  Phone discussions with Todd Wohl, Trustee RE Broker and FATCO Title Officer re: closing matters and timing of COE.

04-24-18: Review of closing documents for the sale of 377-385 5th St, Oakland CA.

04-24-18: Review of final closing documents for the sale of 377-385 5th St, Oakland CA, including phone discussion with Title Officer at FATCO, call to Trustee Broker, and discussion with Counsel re: final closing documents, changes and adjustments. Approval, signatures, notary, and return of closing documents to FATCO.

04-26-18: Close of Escrow for the sale of 377-385 5th St, Oakland CA.

04-30-18: Deposit of unearned insurance premium for property and casualty insurance.

05/08/18: Notice of Electronic Filing: The following transaction was received from MGK entered on 05/8/2018 at 2:41 PM PDT Doc#37  Docket Text: Trustee's Report of Sale of Real Property 377-385 5th St, Oakland CA.

05-24-18: Final review and approval of expenses provided by Chris Porto, Smartgrowth, aka Fifth Street Enterprises, LLC of out of pocket expenses for purchase of real property, including reparation and remittance of check for payment of the Breakup Fee per court order Doc. #36.

05/30/18: Meeting with trustee counsel re status of recovery from the transfer of sign rights, and per counsel investigation in progress as to parties to pursue.

06/08/18: Replacement check payment of break up fee for sale of 377-385 5th St, Oakland, Ca per court order.

06/09/18: Void of lost check and reissued payment of break up fee from sale of 377-385 5th St, Oakland per court order.

06/09/18: Preparation of check for additional fund demand for payee of the PLM lender services.

07/07/18: Preparation and return of IRS form W-9 to First American Title Co.

08/30/18: Sign settlement agreement with Jason Hu - Hu's claim to be subordinated to all pre-petition creditors and admin claims, except $200K of claim to be allowed as G/U; Hu's claim of $1M to be subordinated to G/U creditors but paid ahead of other equity holders.

09-17-18: Phone discussion with Trustee Counsel, Tracy Green re: waiver request from Sheppard Mullin to represent Mark and Bu for their claim against the estate and the estate's objection to their claim.

09-27-18: Review of Motion for Order Approving Compromise of Controversy with Justin Hu, approval, signature of the Trustees Declaration in Support of Motion, and return via email to Trustee Counsel.

10-26-18: Finalize Memorandum of Referral to the UST for bankruptcy crimes committed by Amanda Kobler and Yosufu Bomani, and remittance to Tim Laffredi, AUST via email.

10-31-18: Order authorizing Employment of Special Counsel and Payment of Retainer filed.

11-06-18: Preparation and remittance of Retainer Check for Special Counsel, HBN Law, Sint Marteen pursuant to Order authorizing Employment of Special Counsel and Payment of Retainer.

11/13/18: Email rec'd from special counsel advising that a conservatory lien was placed on the two properties has been completed and the lien has been served earlier today to Ms. Kobler and Mr. Bomani via the Public Prosecutor in Sint Marteen.

12/13/18: AP 18-04116: complaint to avoid fraudulent transfers against Asanitoure, LLC, Saxland Partners, LLC, 1550 Park LLC, 2336 Magnolia, LLC, Amanda Kobler, Yusufu Quanti Bomani.; Doc#55

01-17-19: Meeting with Trustee counsel re: status conference hearing and status of response to complaint by Amanda Kobler.

01-19-19: Payment of blanket bond premium for 2019.

03-10-19: Preparation and deposit of refund received from utility company.

03-11-19: Preparation and remittance of FTB tax payment. Review, approval, signature and return via email of Summary Judgement Motion and declaration for Defendants, Mark and Bu.

03-14-19: Phone discussion with Trustee Counsel, Tracy Green re: Summary Judgement Motion for Defendants, Mark and Bu.

03-28-19: Preparation and payment of FTB taxes for 2018 tax year and returns.  Review, discussion with Trustee Accountant, approval and signatures for 2018 Federal and CA FTB tax returns.

04-02-19: Preparation and payment of Special Counsel HBN Law, Sint Martin court approved Doc. #89 fees and expenses, and the appraisal fee payment per court order Doc. #91.

04/09/19: Potentially two parcels of property in Sint Marteen for which Mr Boman and Ms Kobler both hold title

05-13-19: Phone discussion with Trustee Counsel re: settlement conference, including review of mediation documents for the preparation of mediation with Judge Novack.

05/14/19: Mediation re: Kasolas vs Mark and Bu with Judge Novack @1:30PM, matter settled as follows:

1. Mark and Bu's Judgment Lien is avoided as a lien on the proceeds of the Trustee's sale as set forth in the Order.

2. The Claim shall be subordinated to all pre-petition unsecured creditors and administrative claims.

3. Defendants' Claim shall be allowed in the sum of $1,500,000, and shall be subordinated to general unsecured creditors, but shall be paid, and shall receive a pro-rata distribution with Justin Hu and any other creditor that is subordinated to general unsecured creditors, but paid ahead of other equity holders ("Subordinated Class").

4. Defendants shall have a $1.3 million dollar claim

05-24-19: Review, approval, signature and return via email of Settlement Agreement with Mark and Bu to Trustee Counsel, Tracy Green.

06/04/19: Preparation and review of claims in anticipation of interim reporting.

06-24-19: Review, approval & signature of Trustees Statement of Review of Counsel's First Interim Fee Application and Request for Fees & Expense

07/30/19: Preparation, approval and remittance of First Interim Report to trustee counsel for notice and filing.

08-01-19: Preparation and remittance of payments to Trustee Counsel, Wendel Rosen and Trustee Accountant, KPMD for fees and costs pursuant to Court Orders.

08/06/19: Trustee's First Interim Report [TIR1]. To be noticed by Counsel. Holdback of $500,000.00 for continued litigation and distribution to creditors.

08-28-19: Attend First Interim Hearing @2:00 PM RM 201.  Application for Compensation for Trustee and First Interim Distribution approved.

08-29-19: Preparation and remittance of Dividend payments pursuant to court order approving First Interim Distribution.

09/03/19: Review and respond to email from East West Bank with statements of accounts.

09/11/19: Review and respond to email from Tracy Green, attorney Wendel Rosen re: complaints for various entities.

09/12/19: AP 19-04048; Complaint for avoidance of fraudulent conveyance with Landmark Dividend LLC & Landmark Infrastructure Holdings LLC; doc#114

09/12/19: AP 19-04049;  Complaint for avoidance of fraudulent conveyance with Sabi Design Build LLC, Energy West & Maxwell Anthony Beaumont; doc#115

09/12/19: AP 19-04050;  Complaint for avoidance of fraudulent conveyance with Johnson Controls fka Simplexgrinnell aka Tyco Simplexgrinnell; doc#116

09/12/19: AP 19-04051;  Complaint for avoidance of fraudulent conveyance with Nicasio Calva; doc#117

10/02/19: Review and respond to email from Tracy Green, attorney Wendel Rosen re: settlement agreement between Mark & Bu and Hu and Trustee

10/04/19: Review and respond to emails from/to Tracy Green, attorney Wendel Rosen re: Debtor possible settlement and counter offer, selling house timing

10/15/19: Email to Richard Pierotti, CPA re: FTB inquiry into allocation of payments

10/16/19: Review and respond to email from Richard Pierotti, CPA re: Form 2 for FTB inquiry as to allocation of payment

10/29/19: Review and respond to email from/to Hendrick Seferina, special counsel and Tracy Green, attorney Wendel Rosen re: fee collection, questions on liens and appraisal on island

11/12/19: Review and respond to email from Elizabeth Berke-Dreyfuss, attorney Wendel Rosen re: mediation dates for court

11/13/19: Emails to/from Elizabeth Burke-Dreyfuss, Wendel Rosen re: mediation

11/20/19: Email to Richard Pierotti, CPA re: Form 2 for FTB inquiry as to allocation of payment

12/02/19: Review and respond to email from Hendrick Seferina, HBN Law re: possible settlement

12/16/19: Email to Hendrich Seferina, HBN Law re: October invoice

12/17/19: Review and respond to email from Hendrich Seferina, HBN Law re: second interim fee application

12/18/19: Review and approval of Second Interim Application for fees by Special Counsel HBN Law

01/06/20: Receipt and review of Notice of hearing on second interim application for fees by special counsel HBN Law.

01-28-20: Discussion with Appraiser for appraisal of estate building before the court confirmed sale for purposes of calculating the amount of insolvency at that time for pending litigation with Debtor's representative, Amanda Kobler.

01-29-20: Review, approval and signature for Agreement for Appraisal by Braun Inc.

01/31/20: Payment of HBN Law interim fee app per Order; Doc#124.

02-04-20: Preparation and remittance of payment of $5,000 Retainer to Braun Inc. for appraisal services per court order Doc #126.  Preparation and remittance of payment for Chapter 7 Trustee Blanket Bond renum 01/01/20 to 01/01/21.

02/11/20: Appraisal received of villa in Red Pond Estate, St Maarten. Email to Tracy Green, counsel, re sending appraisal and recorded document in St Marteen.

02/11/20: Email to Joy Fogarty at First American Title Co re need of her help  re escrow and all paperwork submitted by first lender for their payoff demand and supporting documents. Receipt of same and sent to R. Pierotti, estate accountant for review.

02-14-20: Review, approval, signature and return via email to Trustee Counsel the Settlement agreement with Johnson Controls.

04-05-20: Preparation and remittance of final payment of $4,150 to Braun Inc. for appraisal services per court order Doc #126.

04-15-20: Phone discussion with Trustee Counsel re: motion filed by defendant, Bomani to continue deposition date, and request for objection to such motion. Final preparation and remittance of 2nd interim memo referral to UST re: Possible Bankruptcy Crimes.

04-17-20: Review, discussion with Trustee Accountant, Richard Pierotti, CPA, approval and signature for declaration to Trustee Accountant's 2nd interim fee application.

04-24-20: Receipt, preparation and deposit of settlement payment for Fraudulent Conveyance Transfer from Johnson Controls.

05-01-20: Pursuant to meeting with Richard Pierotti, CPA, forensic accountant, Asset #4 and #6 estimated values updated to reflect his conclusion from his Insolvency Analysis and Report of Transfers Report dated 5-1-20 as to value of the sign rights (Asset #4) that were fraudulently transferred and the fraudulent transfers to insiders Amanda Kobler and Yusufu Bomani, the Kobler adversary proceeding (Asset #6).

05-08-20: Meeting with Richard Pierotti, CPA re: review, discussion, and approval of 2017 and 2018 amended partnership tax returns. Preparation and remittance via email to Richard Pierotti, CPA of UST Form 2 for the preparation of the 2019 partnership tax returns.

05/12/20: Order authorizing employment of appraiser Anthony E Fitzgerald; Doc#138

05-17-20: Preparation and remittance of payment of $2,000 Retainer to Braun Inc. for appraisal services per court order Doc #138.

05-22-20: Litigation update: There were four adversary proceedings that were filed in this case. The adversary proceeding against Johnson Controls, was settled for a $8,000.00 when we discovered the Debtor's accounting records did not contain sufficient evidence to proceed in light of the defendant's responses. In addition, Counsel is in the process of preparing a dismissal of the Sabi adversary proceeding  because we discovered that the cashier's check in the sum of $128,000 that was the large transfer that was the focus of our litigation was falsified by the Debtor, and the bank had no record that check ever existed. A criminal referral memo detailing the specifics of that matter will be sent to the UST. Waiting for Sabi, defendants to sign declarations and upon receipt of those, a stipulation for dismissal will be filed. There remain two large adversary proceedings. The first is against Amanda Kobler, Yusufu Bomani, and some affiliated limited liability companies, Kasolas v. Asanitoure, LLC et al. In connection with that matter, the Estate a lien on real property in St. Maartin. The Estate, on May 1, 2020 obtained its forensic accountants expert's opinion of what funds were removed from the estate that will be sought to be set aside. As a practical matter, it is  anticipated that the most that can be recovered based on the practical aspects of locating assets, is the value of the property in St. Maartin. Although more funds were removed from the estate, it will be difficult to locate those funds. That matter is set for trial in September. The parties have agreed multiple times to go to mediation; however, each time defendant Yusufu Bomani has refused to appear. Therefore, the litigation continues. Discovery has been closed, except for a few depositions that will be completed by the end of this month. If there is to be a mediation, the court has ordered that it be completed by the end of June. Counsel has prepared a very lengthy and complicated motion for summary judgment, which also is the outline for the trial which will be held in September. The court has made it clear that the trial will go forward via zoom if the parties cannot be present in the court room. The other adversary proceeding is against Landmark, and discovery is open, and the parties are in the process of extending it for a few months since some of the parties could not go to their offices to search for hard copy documents. In this matter we seek the avoidance of the value of a billboard, which at a minimum is $1,450,000.  It is  anticipated that the matter will be set for trial before the end of this year, and counsel is discussing the benefit of proceeding by way of summary judgment.

06-25-20: Preparation and remittance of payment to Jay Crom, CPA for fees for deposition testimony in re: adversary #18-04116 Kasolas v. Asanitoure LLC et al, 1.9 hours @ $535.00, payment authority pursuant to local bankruptcy rule 2016-1(a)(7) deposition fees.

06-26-20: Hearing via ZOOM in re: Adversary 18-04116 Kasolas v. Asanitoure, LLC et al.

06/30/20: Rec'd copied email from counsel Tracy Green to Debtor attys re proposed settlement for 2.5 million

09-10-20: Receipt, review, discussion with Trustee Accountant, approval and signatures for 2019 Federal and California Partnership tax returns, and return via US Mail.

09/28/20: Reviewed and made changes to Kobler and Bomani settlement agreement.

10-08-20: Review, approval and signatures for the Kobler & Bomani Settlement Agreement and Memorandum of Facts.

10-09-20: Receipt and deposit of initial $260K payment pursuant to the Kobler & Bomani Settlement Agreement. Next payment of $238K due 12/10/20.  A/R for payment set up in system.

10-13-20: Review, approval and signatures for the Motion for Compromise for the Settlement with Kobler and Bomani, including the Trustee's declaration in support, notice and all exhibits.

11/17/20: Kolber & Bomani settlement, awaiting court approval for December 2020, continued litigation with Landmark

11-30-20: Review of Trustees Counsel's Second Interim Fee Application and Request for Expense Reimbursement.

12/03/20: Email to Tracy Green re Kobler & Bomani agreement

12/09/20: Email to Tracy Green re attached amendment to settlement agreement

12-10-20: Receipt and deposit of 2nd (of Four )$50K payment pursuant to the Kobler & Bomani Settlement Agreement. Next payment of $50K due 12/15/20.

12-16-20: Phone discussion with Trustee Counsel, professional fees approved by the Court, Trustee's Motion For Order Approving Compromise with Amanda Kobler and Yusufu Bomani is granted. Further Status Hearing scheduled for 01/06/2021 for Landmark matter.  Landmark agreed to mediation, which could occur as early as mid-January 2021.  Receipt and deposit of 3rd (of Four )$50K payment pursuant to the Kobler & Bomani Settlement Agreement. Next payment of $50K due 12/22/20.

12-18-20: Receipt and deposit of 4th (of Four )$138K payment pursuant to the Kobler & Bomani Settlement Agreement. Preparation and payment of Trustee Counsel and Trustee Accountant professional fees and costs per court order #186 & #185, respectively.  Preparation and payment of Trustee Appraiser fees and costs pursuant to court order #138.  Payment of court reporting transcript fees, Adversary Kasolas v. Landmark Capital, pursuant to Local Rule 2016-1(a)(7) (voided 12-30-21).

12-28-20: Payment of deposition fees, Adversary Kasolas v. Landmark Capital, pursuant to Local Rule 2016-1(a)(7).

12-30-20: Preparation of replacement check payments of Trustee Counsel professional fees and costs per court order #186.  Phone discussion with Trustee counsel re: upcoming mediation with Landmark.

01-21-20: Payment of court reporting transcript fees, Adversary Kasolas v. Landmark Capital, for dates 12/21/20 & 12/23/20 pursuant to Local Rule 2016-1(a)(7).  Email from Trustee Counsel that mediation date with Landmark is to be rescheduled, as Judge Montali (mediator) has requested additional information from the parities.  New dates to be in February or early March.

02-09-21: Preparation and remittance of payment for Chapter 7 Trustee Blanket Bond premium 01/01/21 to 01/01/22.

02-10-21: Phone discussion with Trustee Counsel, Tracy Green re: preparation for mediation with Landmark, defendant.

03-11-21: Review, approval and signature of Compromise Settlement agreement with Landmark for $350K.

03-12-21: Notice filed for settlement with Landmark, objections due by 4/2/21. $350K payment from Landmark due by 4/19/21.
03-21-21: Preparation and remittance of payment to Braun Appraisal Services for deposition fees in the Landmark matter. Preparation of Form 2 and remittance to Richard Pierotti, CPA for preparation of the 2020 tax returns and final estate 2021 tax returns. Email request to Trustee counsel for preparation of final fee applications for Wendel Rosen and special counsel in Sint Marteen in preparation of TFR.
03/27/21: Received, approved and signed 2020 tax returns
04/05/21: Order approving compromise with Landmark; Doc#193
04/19/21: Email from counsel for Landmark advising settlement payment of $375K to be remitted by Landmark on 04/21/21 to trustee counsel.
04-21-21: Preparation and remittance to Landmark Dividend IRS Form W-9 pursuant to request for settlement payment.
05-01-21: Preparation and remittance of deposit for settlement payment received from Landmark.
07/06/21: Dept of the Treasury IRS reply to prompt determination request rec'd
07-19-21: Review of Trustee Counsel 3rd and Final Fee Application, including discussion with Counsel Tracy Green.
07-20-21: Review and signature of Trustees Statement Re: Review of Counsel's Request for fees.
08-04-21: Phone discussion with Trustee Accountant about final tax returns.
08-05-21: Review, approval, signature and return of the final federal and California FTB tax returns to Trustee Accountant.
09/16/21: Prep for TFR.
10/12/21: TFR prep.
12-01-21: Hearing for final approval of fees and costs for Trustee Counsel and Trustee Special Counsel. Approved.
12-02-21: Order for final approval of fees and costs for Trustee Counsel and Trustee Special Counsel entered. Preparation and remittance of payment for final fees and costs for Trustee Counsel.
12/28/21: TFR prepared;
12-31-21: TFR remitted to OUST via email for review and filing with Court Clerk.
02/25/22: At the request of UST, TFR solely revised due for 02/08/22 amended claim #13-5 filed by CA FTB. Revised TFR remitted to OUST via email for review and filing with Court Clerk.
03-30-22: Final Hearing scheduled at 02:00 PM via Tele/Videoconference - www.canb.uscourts.gov/calendars. Orders for Compensation for Accountant and Trustee approved. Trustee's Order uploaded.
03-31-22: Orders for compensation entered. Preparation and remittance of final distribution payments to creditors.
04/05/22: 12 outstanding checks after final distribution; await zero balance
04/19/22: Three checks remain outstanding
05/03/22: Two checks remain outstanding; Phone call and email to claimant #10 re outstanding check #10010 - no response
05/15/22: One check remains outstanding. This claimant has not responded to any email or phone call. Funds to be turned over to the court after 90 days which is 07/1/22.
06/14/22: Outstanding funds to be turned over to court after 7/1/22
07/01/22: Zero balance
08/07/22: TDR; await Final Decree

**Initial Projected Date of Final Report (TFR):** March 31, 2018                    **Current Projected Date of Final Report (TFR):** February 25, 2022 (Actual)

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | Rabobank |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $58,264,478.00 (per case limit) |
| Period Ending: | 08/07/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/17 | Asset #3 | CITY OF OAKLAND | MISC. REFUND FROM THE CITY OF OAKLAND | 1229-000 | 50.00 | | 50.00 |
| 11/30/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40.00 |
| 12/29/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30.00 |
| 01/22/18 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #17-42303, CHAP. 7 BLANKET BOND REGION 17 N. DIST. CA #016048574 | 2300-000 | | 0.01 | 29.99 |
| 01/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19.99 |
| 02/28/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9.99 |
| 03/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 9.99 | 0.00 |
| 04/27/18 | | First American Title Company FBO BUDDHI, LLC (BUYER) | NET SALE PROCEEDS FROM THE SALE OF 377-385 5TH ST. OAKLAND CA | | 1,195,813.34 | | 1,195,813.34 |
| 04/27/18 | Asset #1 | FIRST AMERICAN TITLE CO | GROSS RECEIPTS IN SALE 3,265,000.00 OF 5TH ST, OAKLAND | 1110-000 | | | 1,195,813.34 |
| 04/27/18 | | BRAUN INC | REAL ESTATE -81,265.00 COMMISSION | 3510-000 | | | 1,195,813.34 |
| 04/27/18 | | CENTURY 21 REALTY ALLIANCE | REAL ESTATE -81,625.00 COMMISSION | 3510-000 | | | 1,195,813.34 |
| 04/27/18 | | PLM LENDER SERVICES INC | LENDER PAYOFF -1,787,706.01 | 4110-000 | | | 1,195,813.34 |

Exhibit 9

Page: 2

# Form 2
# Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-42303 RLE | |
| **Case Name:** | FIFTH STREET LOFTS LLC | |
| | | |
| **Taxpayer ID#:** | **-***5674 | |
| **Period Ending:** | 08/07/22 | |

| | |
|---|---|
| **Trustee:** | Michael G. Kasolas |
| **Bank Name:** | Rabobank |
| **Account:** | ******3866 - Checking Account |
| **Blanket Bond:** | $58,264,478.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/18 | | FIRST AMERICAN TITLE CO | MISC EXPENSE IN SALE OF 5TH ST, OAKLAND          -5,122.50 | 2500-000 | | | 1,195,813.34 |
| 04/27/18 | | TAXES IS SALE OF 5TH ST, OAKLAND | TAXES IN SALE OF 5TH ST, OAKLAND          -113,468.15 | 2820-000 | | | 1,195,813.34 |
| 04/30/18 | | TRUSTEE INSURANCE AGENCY, INC. | REFUND OF UNEARNED INSURANCE PREMIUM FOR REAL PROPERTY AND CASUALTY COVERAGE | 4110-000 | | -175.08 | 1,195,988.42 |
| 04/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 57.33 | 1,195,931.09 |
| 05/24/18 | 102 | FIFTH STREET ENTERPRISES, LLC | PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36; Stopped on 06/09/2018 | 2500-000 | | 5,300.00 | 1,190,631.09 |
| 05/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,892.16 | 1,188,738.93 |
| 06/09/18 | 102 | FIFTH STREET ENTERPRISES, LLC | PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36; Check issued on 05/24/2018 | 2500-000 | | -5,300.00 | 1,194,038.93 |
| 06/09/18 | 103 | FIFTH STREET ENTERPRISES, LLC | REPLACEMENT CHECK-PAYMENT OF BREAK UP FEE FROM SALE OF 377-385 5TH ST. OAKLAND PER COURT ORDER DOC. #36 | 2500-000 | | 5,300.00 | 1,188,738.93 |
| 06/09/18 | 104 | PLM LENDER SERVICES INC | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES; Voided on 06/09/2018 | 4110-000 | | 889.29 | 1,187,849.64 |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 17-42303 RLE
**Case Name:** FIFTH STREET LOFTS LLC

**Taxpayer ID#:** **-***5674
**Period Ending:** 08/07/22

**Trustee:** Michael G. Kasolas
**Bank Name:** Rabobank
**Account:** ******3866 - Checking Account
**Blanket Bond:** $58,264,478.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/18 | 104 | PLM LENDER SERVICES INC | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES; Check issued on 06/09/2018 | 4110-000 | | -889.29 | 1,188,738.93 |
| 06/09/18 | 105 | First American Title Company | ADDITIONAL FUNDS DEMAND FOR PAYOFF OF PLM LENDER SERVICES | 3520-000 | | 889.29 | 1,187,849.64 |
| 06/29/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,657.91 | 1,186,191.73 |
| 07/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,820.33 | 1,184,371.40 |
| 08/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,760.33 | 1,182,611.07 |
| 09/28/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 907.20 | 1,181,703.87 |
| 10/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 1,068.38 | 1,180,635.49 |
| 11/06/18 | 106 | HBN Law | RETAINER PURSUANT TO COURT ORDER DOC. #52 | 3210-600 | | 10,000.00 | 1,170,635.49 |
| 01/19/19 | 107 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2019 FOR CASE #17-42303, 2019 BLANKET BOND PREMIUM PRORATION; Voided on 01/19/2019 | 2300-000 | | 443.66 | 1,170,191.83 |
| 01/19/19 | 107 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2019 FOR CASE #17-42303, 2019 BLANKET BOND PREMIUM PRORATION; Check issued on 01/19/2019 | 2300-000 | | -443.66 | 1,170,635.49 |

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | Rabobank |
| | | | Account: | ******3866 - Checking Account |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $58,264,478.00 (per case limit) |
| Period Ending: | 08/07/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/19 | 108 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #17-42303, 2019 BLANKET BOND PRORATED PREMIUM PAYMENT | 2300-000 | | 448.82 | 1,170,186.67 |
| 02/08/19 | | Rabobank, N.A. | Account Closeout Transfer Adjustment | 9999-000 | | 1,170,186.67 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **1,195,863.34** | **1,195,863.34** | **$0.00** |
| Less: Bank Transfers | 0.00 | 1,170,186.67 |
| **Subtotal** | **1,195,863.34** | **25,676.67** |
| Less: Payment to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$1,195,863.34** | **$25,676.67** |

Exhibit 9

Page: 5

# Form 2
# Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-42303 RLE | | **Trustee:** | Michael G. Kasolas | | |
| **Case Name:** | FIFTH STREET LOFTS LLC | | **Bank Name:** | East West Bank | | |
| | | | **Account:** | ******0043 - Checking | | |
| **Taxpayer ID#:** | **-***5674 | | **Blanket Bond:** | $58,264,478.00 (per case limit) | | |
| **Period Ending:** | 08/07/22 | | **Separate Bond:** | N/A | | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/19 | | East West Bank | Account Opening Deposit Adjustment | 9999-000 | 1,170,186.67 | | 1,170,186.67 |
| 02/20/19 | | EAST WEST BANK | ANALYSIS ACTIVITY CHARGE FOR WIRE IN FEE FOR BANK CONVERSION FROM RABOBANK TO EAST WEST BANK TO BE REVERSED. | 2600-002 | | 71.00 | 1,170,115.67 |
| 02/21/19 | | EAST WEST BANK | ANALYSIS ACTIVITY CHARGE FOR WIRE IN FEE FOR BANK CONVERSION FROM RABOBANK TO EAST WEST BANK TO BE REVERSED. | 2600-002 | | -71.00 | 1,170,186.67 |
| 03/10/19 | Asset #5 | EAST BAY MUNICIPAL UTILITY DISTRICT | REFUND FOR PRIVATE SEWER LATERAL. | 1229-000 | 4,500.00 | | 1,174,686.67 |
| 03/11/19 | 1001 | FRANCHISE TAX BOARD | CLAIM #1 - FTB PARTNERSHIP TAX YEAR 2017: TIN 47-4185674, BANKRUPTCY CASE #1742303;  Stopped on 03/25/2019 | 5800-000 | | 800.00 | 1,173,886.67 |
| 03/25/19 | 1001 | FRANCHISE TAX BOARD | CLAIM #1 - FTB PARTNERSHIP TAX YEAR 2017: TIN 47-4185674, BANKRUPTCY CASE #1742303;  Stopped: Check issued on 03/11/2019 | 5800-000 | | -800.00 | 1,174,686.67 |
| 03/28/19 | 1002 | FRANCHISE TAX BOARD | CLAIM #13 - FTB PARTNERSHIP TAX YEAR 2018: TIN 47-4185674, BANKRUPTCY CASE #1742303; PER COURT ORDER DOC. #27 | 5800-000 | | 800.00 | 1,173,886.67 |
| 03/28/19 | 1003 | FRANCHISE TAX BOARD | FTB PARTNERSHIP TAX YEAR 2018: TIN 47-4185674, BANKRUPTCY CASE #1742303; PER COURT ORDER DOC. #91 | 2820-000 | | 6,300.00 | 1,167,586.67 |
| 04/02/19 | 1004 | HBN LAW | PAYMENT OF FEES PURSUANT TO COURT ORDER DOC. #89 | 3210-600 | | 9,546.36 | 1,158,040.31 |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-42303 RLE | | | **Trustee:** | Michael G. Kasolas | |
| **Case Name:** | FIFTH STREET LOFTS LLC | | | **Bank Name:** | East West Bank | |
| | | | | **Account:** | ******0043 - Checking | |
| **Taxpayer ID#:** | **-***5674 | | | **Blanket Bond:** | $58,264,478.00 (per case limit) | |
| **Period Ending:** | 08/07/22 | | | **Separate Bond:** | N/A | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | 5<br><br>Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/19 | 1005 | HBN Law | PAYMENT OF EXP.S PURSUANT TO COURT ORDER DOC. #89 | 3220-000 | | 1,071.70 | 1,156,968.61 |
| 04/02/19 | 1006 | INDEPENDENT CONSULTING SERVICES | PAYMENT OF APPRAISAL FEES PURSUANT TO COURT ORDER DOC #91 | 3712-000 | | 750.00 | 1,156,218.61 |
| 08/01/19 | 1007 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Fees per Court Order Doc. #107 | 3410-000 | | 31,797.00 | 1,124,421.61 |
| 08/01/19 | 1008 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Exp.'s per Court Order Doc. #107 | 3420-000 | | 162.61 | 1,124,259.00 |
| 08/01/19 | 1009 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #106. | 3210-000 | | 321,325.70 | 802,933.30 |
| 08/01/19 | 1010 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #106. | 3220-000 | | 6,496.40 | 796,436.90 |
| 08/29/19 | 1011 | MICHAEL G. KASOLAS | Dividend of 100.000000000% | 2100-000 | | 106,336.50 | 690,100.40 |
| 08/29/19 | 1012 | MICHAEL G. KASOLAS | Dividend of 100.000000000% | 2200-000 | | 206.04 | 689,894.36 |
| 08/29/19 | 1013 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No. 13 | 2820-000 | | 914.71 | 688,979.65 |
| 08/29/19 | 1014 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No. 1-2 | 5800-000 | | 2,519.96 | 686,459.69 |
| 08/29/19 | 1015 | FRANCHISE TAX BOARD | Dividend of 31.069126823%, Claim No. 1-2 | 7300-000 | | 302.62 | 686,157.07 |
| 08/29/19 | 1016 | HAULING AND DEBRIS SERVICE | Dividend of 31.069126823%, Claim No. 10 | 7100-000 | | 11,184.89 | 674,972.18 |
| 08/29/19 | 1017 | HEILBRUN GROSS LIVING TRUST | Dividend of 31.069126823%, Claim No. 7-2 | 7100-000 | | 35,848.49 | 639,123.69 |
| 08/29/19 | 1018 | JOHN E GUTIERREZ | Dividend of 31.069126823%, Claim No. 11-2 | 7100-000 | | 22,680.46 | 616,443.23 |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 17-42303 RLE
**Case Name:** FIFTH STREET LOFTS LLC

**Taxpayer ID#:** **-***5674
**Period Ending:** 08/07/22

**Trustee:** Michael G. Kasolas
**Bank Name:** East West Bank
**Account:** ******0043 - Checking
**Blanket Bond:** $58,264,478.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/19 | 1019 | JUSTIN HU | Dividend of 31.069126823%, Claim No. 5 | 7100-000 | | 62,138.25 | 554,304.98 |
| 08/29/19 | 1020 | NATIONAL CONSTRUCTION RENTALS | Dividend of 31.069126823%, Claim No. 6 | 7100-000 | | 211.92 | 554,093.06 |
| 08/29/19 | 1021 | ROSA GALLARDO | Dividend of 31.069126823%, Claim No. 2 | 7100-000 | | 48,218.04 | 505,875.02 |
| 08/29/19 | 1022 | SUNG ENGINEERING INC | Dividend of 31.069126823%, Claim No. 8 | 7100-000 | | 5,875.02 | 500,000.00 |
| 01/31/20 | 1023 | HBN LAW | PAYMENT OF FEES FOR 2ND INTERIM FEE APPLICATION PURSUANT TO COURT ORDER DOC. #124. | 3210-600 | | 2,679.68 | 497,320.32 |
| 02/04/20 | 1024 | INTERNATIONAL SURETIES LTD | Bond # 016048574 | 2300-000 | | 191.23 | 497,129.09 |
| 02/04/20 | 1025 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-RETAINER FOR APPRAISAL SERVICES PER COURT ORDER DOC. #126 | 3711-000 | | 5,000.00 | 492,129.09 |
| 04/05/20 | 1026 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES PER COURT ORDER DOC. #126 | | | 4,150.00 | 487,979.09 |
| 04/05/20 | | Braun Inc. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES (fees) PER COURT ORDER DOC. #126    3,500.00 | 3711-000 | | | 487,979.09 |

Exhibit 9

Page: 8

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 17-42303 RLE | Trustee: | Michael G. Kasolas |
|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | Bank Name: | East West Bank |
| | | Account: | ******0043 - Checking |
| Taxpayer ID#: | **-***5674 | Blanket Bond: | $58,264,478.00 (per case limit) |
| Period Ending: | 08/07/22 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/20 | | Braun Inc. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES (exps) PER COURT ORDER DOC. #126    650.00 | 3712-000 | | | 487,979.09 |
| 04/24/20 | Asset #7 | JOHNSON CONTROLS FIRE PROTECTION LP | Settlement payment for Fraudulent Conveyance Transfer. | 1241-000 | 8,000.00 | | 495,979.09 |
| 05/17/20 | 1027 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-RETAINER FOR APPRAISAL SERVICES PER COURT ORDER DOC. #138 | 3711-000 | | 2,000.00 | 493,979.09 |
| 06/25/20 | 1028 | BACHECKI CROM & CO LLP | FEES FOR DEPOSITION TESTIMONY BY JAY CROM, CPA IN RE: ADVERSARY #18-04116 Kasolas v. Asanitoure, LLC et al, 1.9 HOURS @ $535.00 | 3992-000 | | 1,016.50 | 492,962.59 |
| 10/09/20 | Asset #6 | WFB, FBO AMANDA KOBLER | Initial Settlement Payment.<br>Payment to A/R Account #1 AMANDA KOBLER & YUSEF BOMANI; Payment #1 | 1241-000 | 260,000.00 | | 752,962.59 |
| 10/30/20 | | EAST WEST BANK | Bank and Technology Services Fee | 2600-000 | | 1,009.57 | 751,953.02 |
| 11/30/20 | | EAST WEST BANK | Bank and Technology Services Fee | 2600-000 | | 1,241.96 | 750,711.06 |
| 12/10/20 | Asset #6 | AMANDA KOBLER & YUSEF BOMAIN | 2nd Settlement Payment, of 4, as amended 12/9/20, doc. #182<br>Payment to A/R Account #1 AMANDA KOBLER & YUSEF BOMANI; Payment #2 | 1241-000 | 50,000.00 | | 800,711.06 |
| 12/16/20 | Asset #6 | WFB, FBO AMANDA KOBLER | 3rd Settlement Payment, of 4, as amended 12/9/20, doc. #182<br>Payment to A/R Account #1 AMANDA KOBLER & YUSEF BOMANI; Payment #3 | 1241-000 | 50,000.00 | | 850,711.06 |

Exhibit 9

Page: 9

# Form 2
## Cash Receipts and Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 17-42303 RLE | **Trustee:** | Michael G. Kasolas |
| **Case Name:** | FIFTH STREET LOFTS LLC | **Bank Name:** | East West Bank |
| | | **Account:** | ******0043 - Checking |
| **Taxpayer ID#:** | **-***5674 | **Blanket Bond:** | $58,264,478.00 (per case limit) |
| **Period Ending:** | 08/07/22 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/20 | Asset #6 | WFB, FBO AMANDA KOBLER | 4th Settlement Payment, of 4, as amended 12/9/20, doc. #182<br>Payment to A/R Account #1 AMANDA KOBLER & YUSEF BOMANI; Payment #4 | 1241-000 | 138,000.00 | | 988,711.06 |
| 12/18/20 | 1029 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #186.; Stopped on 12/30/2020 | 3210-000 | | 231,083.68 | 757,627.38 |
| 12/18/20 | 1030 | WENDEL ROSEN LLP | Payment of Exps. per Court Order Doc. #186.; Stopped on 12/30/2020 | 3220-000 | | 5,408.55 | 752,218.83 |
| 12/18/20 | 1031 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Fees per Court Order Doc. #185. | 3410-000 | | 29,972.50 | 722,246.33 |
| 12/18/20 | 1032 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Payment of Exps. per Court Order Doc. #185. | 3420-000 | | 16.80 | 722,229.53 |
| 12/18/20 | 1033 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES PER COURT ORDER DOC. #138 | | | 1,942.00 | 720,287.53 |
| 12/18/20 | | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES MARKET DATA PER COURT ORDER DOC. #138   442.00 | 3712-000 | | | 720,287.53 |
| 12/18/20 | | | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR APPRAISAL SERVICES PER COURT ORDER DOC. #138   1,500.00 | 3711-000 | | | 720,287.53 |

Exhibit 9

Page: 10

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-42303 RLE | | Trustee: | Michael G. Kasolas |
|---|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | | Bank Name: | East West Bank |
| | | | Account: | ******0043 - Checking |
| Taxpayer ID#: | **-***5674 | | Blanket Bond: | $58,264,478.00 (per case limit) |
| Period Ending: | 08/07/22 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>Uniform<br>Tran. Code | 6<br><br>Receipts<br>$ | 7<br><br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/20 | 1034 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC-FINAL PAYMENT FOR POST ENGAGEMENT SUPPORT APPRAISAL SERVICES ORDER DOC. #138 | 3711-000 | | 3,318.00 | 716,969.53 |
| 12/18/20 | 1035 | APTUS COURT REPORTING SERVICES | PAYMENT TO APTUS COURT REPORTING & TRANSCRIPT SERVICES PER LOCAL RULE 2016-1 (7).;  Voided on 12/30/2020 | 3991-000 | | 1,160.29 | 715,809.24 |
| 12/28/20 | 1036 | DAVID WU | PAYMENTS FOR DEPOSITION FEES ADVERSARY #19-04048 KASOLAS V. LANDMARK SERVICES PER LOCAL RULE 2016-1(a)(7). | 3991-000 | | 720.00 | 715,089.24 |
| 12/30/20 | 1029 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #186.; Stopped: Check issued on 12/18/2020 | 3210-000 | | -231,083.68 | 946,172.92 |
| 12/30/20 | 1030 | WENDEL ROSEN LLP | Payment of Exps. per Court Order Doc. #186.; Stopped: Check issued on 12/18/2020 | 3220-000 | | -5,408.55 | 951,581.47 |
| 12/30/20 | 1035 | APTUS COURT REPORTING SERVICES | PAYMENT TO APTUS COURT REPORTING & TRANSCRIPT SERVICES PER LOCAL RULE 2016-1 (7).;  Voided: Check issued on 12/18/2020 | 3991-000 | | -1,160.29 | 952,741.76 |
| 12/30/20 | 1037 | WENDEL ROSEN LLP | Replacement check for payment of Fees per Court Order Doc. #186. | 3210-000 | | 231,083.68 | 721,658.08 |
| 12/30/20 | 1038 | WENDEL ROSEN LLP | Replacement check for payment of Expenses per Court Order Doc. #186. | 3220-000 | | 5,408.55 | 716,249.53 |

Exhibit 9

Page: 11

# Form 2
## Cash Receipts and Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-42303 RLE | | **Trustee:** | Michael G. Kasolas | | |
| **Case Name:** | FIFTH STREET LOFTS LLC | | **Bank Name:** | East West Bank | | |
| | | | **Account:** | ******0043 - Checking | | |
| **Taxpayer ID#:** | **-***5674 | | **Blanket Bond:** | $58,264,478.00 (per case limit) | | |
| **Period Ending:** | 08/07/22 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/21 | 1039 | APTUS COURT REPORTING SERVICES | PAYMENT TO APTUS COURT REPORTING & TRANSCRIPT SERVICES, INV. #1078721 12-31-2020 PER LOCAL RULE 2016-1 (7). | 3991-000 | | 1,548.70 | 714,700.83 |
| 01/21/21 | 1040 | APTUS COURT REPORTING SERVICES | PAYMENT TO APTUS COURT REPORTING & TRANSCRIPT SERVICES, INV. #1078828 12-31-2020 PER LOCAL RULE 2016-1 (7). | 3991-000 | | 1,248.67 | 713,452.16 |
| 02/09/21 | 1041 | INTERNATIONAL SURETIES LTD | Bond # 016048574, Period 01/01/21 to 01/01/22 | 2300-000 | | 325.66 | 713,126.50 |
| 03/21/21 | 1042 | BRAUN INC. | CASE #17-42303 5TH STREET LOFTS, LLC- PAYMENT FOR POST ENGAGEMENT SUPPORT APPRAISAL SERVICE DEPOSITION FEES PER LOCAL RULE 2016-1(a)(7) | 3711-000 | | 948.00 | 712,178.50 |
| 05/01/21 | Asset #4 | BSIP LDAC ISSUER LLC | SETTLEMENT PAYMENT RECEIVED IN KASOLAS v. LANDMARK<br>Payment to A/R Account #2 LANDMARK; Payment #1 | 1241-000 | 350,000.00 | | 1,062,178.50 |
| 05/28/21 | | EAST WEST BANK | Bank and Technology Services Fee | 2600-000 | | 1,476.71 | 1,060,701.79 |
| 06/30/21 | | EAST WEST BANK | Bank and Technology Services Fee | 2600-000 | | 1,870.03 | 1,058,831.76 |
| 07/19/21 | | HBN LAW | REFUND OF UNUSED RETAINER PAID 11/6/2018 OF $10,000. | 3210-600 | | -6,251.19 | 1,065,082.95 |
| 07/30/21 | | EAST WEST BANK | Bank and Technology Services Fee | 2600-000 | | 1,700.71 | 1,063,382.24 |
| 12/02/21 | 1043 | WENDEL ROSEN LLP | Payment of Fees per Court Order Doc. #207 | 3210-000 | | 446,192.63 | 617,189.61 |

Exhibit 9

Page: 12

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 17-42303 RLE
**Case Name:** FIFTH STREET LOFTS LLC

**Taxpayer ID#:** **-***5674
**Period Ending:** 08/07/22

**Trustee:** Michael G. Kasolas
**Bank Name:** East West Bank
**Account:** ******0043 - Checking
**Blanket Bond:** $58,264,478.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/21 | 1044 | WENDEL ROSEN LLP | Payment of Expenses per Court Order Doc. #207 | 3220-000 | | 17,085.77 | 600,103.84 |
| 12/07/21 | | EAST WEST BANK | Bank and Technology Services Fee-Aug. 2021 | 2600-000 | | 1,817.95 | 598,285.89 |
| 12/07/21 | | EAST WEST BANK | Bank and Technology Services Fee-Sept. 2021 | 2600-000 | | 1,704.32 | 596,581.57 |
| 12/07/21 | | EAST WEST BANK | Bank and Technology Services Fee-Oct. 2021 | 2600-000 | | 1,647.51 | 594,934.06 |
| 12/07/21 | | EAST WEST BANK | Bank and Technology Services Fee-Nov. 2021 | 2600-000 | | 1,817.95 | 593,116.11 |
| 03/01/22 | | East West Bank | Account Closeout Transfer Adjustment | 9999-000 | | 593,116.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,030,686.67 | 2,030,686.67 | **$0.00** |
| Less: Bank Transfers | 1,170,186.67 | 593,116.11 | |
| **Subtotal** | **860,500.00** | **1,437,570.56** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$860,500.00** | **$1,437,570.56** | |

Exhibit 9

Page: 13

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-42303 RLE | Trustee: | Michael G. Kasolas |
|---|---|---|---|
| Case Name: | FIFTH STREET LOFTS LLC | Bank Name: | Signature Bank |
| | | Account: | ******0193 - Checking |
| Taxpayer ID#: | **-***5674 | Blanket Bond: | $58,264,478.00 (per case limit) |
| Period Ending: | 08/07/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/22 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 593,116.11 | | 593,116.11 |
| 03/31/22 | 10001 | MICHAEL G. KASOLAS | Dividend of 100.000000000%. | 2100-000 | | 40,680.00 | 552,436.11 |
| 03/31/22 | 10002 | MICHAEL G. KASOLAS | Dividend of 100.000000000%. | 2200-000 | | 60.55 | 552,375.56 |
| 03/31/22 | 10003 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Dividend of 100.000000000%. | 3410-000 | | 44,964.00 | 507,411.56 |
| 03/31/22 | 10004 | KOKJER PIEROTTI MAIOCCO & DUCK LLP | Dividend of 100.000000000%. | 3420-000 | | 389.76 | 507,021.80 |
| 03/31/22 | 10005 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.13-5. | 2820-000 | | 3,845.37 | 503,176.43 |
| 03/31/22 | 10006 | JUSTIN HU | Dividend of 100.000000000%, Claim No.5. | 7100-000 | | 137,861.75 | 365,314.68 |
| 03/31/22 | 10007 | NATIONAL CONSTRUCTION RENTALS | Dividend of 100.000000000%, Claim No.6. | 7100-000 | | 470.17 | 364,844.51 |
| 03/31/22 | 10008 | HEILBRUN GROSS LIVING TRUST | Dividend of 100.000000000%, Claim No.7-3. | 7100-000 | | 79,534.51 | 285,310.00 |
| 03/31/22 | 10009 | SUNG ENGINEERING INC | Dividend of 100.000000000%, Claim No.8. | 7100-000 | | 13,034.48 | 272,275.52 |
| 03/31/22 | 10010 | HAULING AND DEBRIS SERVICE | Dividend of 100.000000000%, Claim No.10. | 7100-000 | | 24,815.11 | 247,460.41 |
| 03/31/22 | 10011 | JOHN E GUTIERREZ | Dividend of 100.000000000%, Claim No.11-2. | 7100-000 | | 50,319.54 | 197,140.87 |
| 03/31/22 | 10012 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No.1-2. | 7300-000 | | 671.40 | 196,469.47 |
| 03/31/22 | 10013 | JUSTIN HU | Dividend of 7.858778800%, Claim No.5. | 7400-000 | | 78,587.79 | 117,881.68 |

Exhibit 9

Page: 14

# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-42303 RLE |
| **Case Name:** | FIFTH STREET LOFTS LLC |
| **Taxpayer ID#:** | **-***5674 |
| **Period Ending:** | 08/07/22 |

| | |
|---|---|
| **Trustee:** | Michael G. Kasolas |
| **Bank Name:** | Signature Bank |
| **Account:** | ******0193 - Checking |
| **Blanket Bond:** | $58,264,478.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/22 | 10014 | JEFFREY W T MARK & LI WEN BU | Dividend of 7.858778800%, Claim No.12-A. | 7400-000 | | 117,881.68 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **593,116.11** | **593,116.11** | **$0.00** |
| Less: Bank Transfers | | 593,116.11 | 0.00 |
| **Subtotal** | | **0.00** | **593,116.11** |
| Less: Payment to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$0.00** | **$593,116.11** |

| | |
|---|---|
| Net Receipts: | $2,056,363.34 |
| Plus Gross Adjustments: | 2,069,186.66 |
| Net Estate: | $4,125,550.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0043** | **860,500.00** | **1,437,570.56** | **0.00** |
| **Checking # ******0193** | **0.00** | **593,116.11** | **0.00** |
| **Checking # ******3866** | **1,195,863.34** | **25,676.67** | **0.00** |
| | **$2,056,363.34** | **$2,056,363.34** | **$0.00** |